**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____  Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Rent-A-Christmas LLC |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 46-4697909 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 50 Broadway, Suite 200, #12 <br> Hawthorne, NY 10532 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Westchester <br> County | **Location of principal assets, if different from principal place of business** <br> Extra Space Storage North Brunswick, NJ 08902 <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | www.Rent-A-Christmas.com |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor    Rent-A-Christmas LLC                                         Case number (*if known*) _____
_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 2

| Debtor | Rent-A-Christmas LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

    Contact name _____

    Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Rent-A-Christmas LLC _____    Case number (*if known*) _____
          Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 28, 2025
               MM / DD / YYYY

**X** /s/  Judah Parness _____    Judah Parness _____
Signature of authorized representative of debtor    Printed name

Title   Managing Member _____

**18. Signature of attorney**

**X** /s/ Julie Cvek Curley _____    Date    July 28, 2025 _____
Signature of attorney for debtor                              MM / DD / YYYY

Julie Cvek Curley _____
Printed name

Kirby Aisner & Curley LLP _____
Firm name

700 Post Road
Suite 237
Scarsdale, NY 10583 _____
Number, Street, City, State & ZIP Code

Contact phone   (914) 401-9500 _____    Email address   jcurley@kacllp.com _____

4325494 NY _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name     Rent-A-Christmas LLC

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___July 28, 2025___     **X** /s/   Judah Parness
                                                Signature of individual signing on behalf of debtor

                                                Judah Parness
                                                Printed name

                                                Managing Member
                                                Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Rent-A-Christmas LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Barrango MFG 391 Forbes Blvd. So. San Francisco, CA 94080 | | | Disputed | | | $37,000.00 |
| Carpenter Decorating 411 33rd St Ct NE Conover, NC 28613 | | | Disputed | | | $167,000.00 |
| Decor IQ 1310 W Laurel San Antonio, TX 78201 | | | Disputed | | | $130,000.00 |
| Delbello Donnellan Weingarten Wlse & Wiederkeher LLP 360 Hamilton Avenue White Plains, NY 10601 | | Legal Fees | Disputed | | | $90,000.00 |
| Echo Global Logistics Inc. 22168 Network Place Chicago, IL 60673 | | | Disputed | | | $13,761.71 |
| Express Pros - Tarrytown NY P.O. Box 945434 Atlanta, GA 30394 | | | Disputed | | | $21,000.00 |
| Federation Logistics LLC 149 Black Horse Lane North Brunswick, NJ | | | Disputed | | | $180,000.00 |
| FedEx 942 South Shady Grove Road, 2nd Floor Memphis, TN 38120 | | | Disputed | | | $7,500.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Rent-A-Christmas LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Javits Center 655 West 34th Street New york, NY 10001 | | | Disputed | | | $8,705.91 |
| Light Up The Night Production 101 Riverwalk Way Manchester, NH | | | Disputed | | | $15,000.00 |
| Menorah.net 456 Pleasant Valley Way West Orange, NJ | | | Disputed | | | $100,000.00 |
| QuickBooks Capital 2700 Coast Avenue Mountain View, CA 94043 | | | Disputed | | | $7,000.00 |
| RSM US LLP 5155 Paysphere Circle chicago, IL 60674 | | | Disputed | | | $20,000.00 |
| Saw Myat Thanda Win Maung aka Sam Rawson 52 Holls Terrace South yonkers, NY 10701 | | | Disputed | | | $90,000.00 |
| Sunbelt Rentals PO Box 409211 Atlanta, GA 30384 | | | Disputed | | | $32,141.71 |
| Thunder Lighting Supply 162 Ocean Avenue Lindenhurst, NY 11757 | | | Disputed | | | $7,000.00 |
| U.S. Small Business Administration 2 North Street, Suite 320 Birmingham, AL 35203 | | Loan | Disputed | | | $240,000.00 |
| Vickerman Company 675 Tacoma Blvd NYA, MN 55368 | | | Disputed | | | $237,000.00 |
| Vital Transportation Corporation PO Box 693 Edison, NJ | | | Disputed | | | $23,000.00 |
| ZACME LLC 83 Russell Street Apt 2L Brooklyn, NY 11222 | | | Disputed | | | $8,000.00 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 2

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name    Rent-A-Christmas LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

**Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................  $      0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................  $      218,208.52

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................  $      218,208.52

**Part 2:**    **Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................  $      55,749.81

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................  $      0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................  +$      1,487,733.98

4.  **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b      $      1,543,483.79

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        Rent-A-Christmas LLC

United States Bankruptcy Court for the:        SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Orange Bank & Trust Company 212 Dolson Avenue Middletown, NY 10940 | Checking | 0530 | $5.30 |
| 3.2. | Orange Bank & Trust Company 212 Dolson Avenue Middletown, NY 10940 | Checking | 3937 | $9.81 |
| 3.3. | Orange Bank & Trust Company 212 Dolson Avenue Middletown, NY 10940 | Checking | 4509 | $29,104.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    $29,119.11

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☒ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Security Deposit for Office Space Lease held by Velocity 50, LLC | $500.00 |

Debtor    Rent-A-Christmas LLC _____    Case number *(If known)* _____
          Name

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
          Description, including name of holder of prepayment

| | | |
|---|---|---:|
| 8.1. | Prepayment to Extra Space Storage for TN Warehouse Space. | $2,104.00 |
| 8.2. | Prepayment to Extra Space Storage for TX Warehouse Space. | $1,760.00 |
| 8.3. | Prepayment to Extra Space Storage for CT Warehouse Space. | $1,318.72 |
| 8.4. | Prepayment to Extra Space Storage for NJ Warehouse Space. | $2,881.60 |
| 8.5. | ARA Insurance - General Liability Policy<br>Covering August 1, 2025 through July 31, 2026 | $15,880.09 |
| 8.6. | AmTrust Financial<br>Workers Compensation Policy<br>Period 7/22/2025 - 7/22/2026 | $1,145.00 |

**9.**    **Total of Part 2.**                                                                   $25,589.41

          Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

**11.**    **Accounts receivable**

11b. Over 90 days old:    47,996.68  -  47,996.68  =....                              $0.00
                          face amount        doubtful or uncollectible accounts

**12.**    **Total of Part 3.**                                                              $0.00

          Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page  2

Debtor    Rent-A-Christmas LLC                                Case number *(If known)*
          Name

☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** Finished products for rent (not resale) | | $0.00 | Liquidation | $160,000.00 |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5.**

Add lines 19 through 22.   Copy the total to line 84.

| $160,000.00 |
|---|

24. **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Computers and Devices | $0.00 | Liquidation | $1,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

Add lines 39 through 42.   Copy the total to line 86.

| $1,000.00 |
|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Rent-A-Christmas LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

| 50. | Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment) | | | |
|---|---|---|---|---|
| | Miscellaneous Tools and Warehouse Equipment | $0.00 | Liquidation | $2,500.00 |

| 51. | Total of Part 8. | $2,500.00 |
|---|---|---|
| | Add lines 47 through 50.   Copy the total to line 87. | |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| | Rent-A-Christmas, character mark, serial #<br>88618499 | $0.00 | | Unknown |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor   Rent-A-Christmas LLC _____   Case number *(If known)* _____
        Name

61.    **Internet domain names and websites**
        www.Rent-A-Christmas.com _____     $0.00    _____    Unknown

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                    $0.00
        Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
        ☒ No
        ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ☒ No
        ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ☒ No
        ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☒ No.   Go to Part 12.
    ☐ Yes Fill in the information below.

| Debtor | Rent-A-Christmas LLC | Case number *(if known)* | |
|--------|----------------------|--------------------------|--|
| | Name | | |

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $29,119.11 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $25,589.41 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $160,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $218,208.52 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $218,208.52 |

**Fill in this information to identify the case:**

Debtor name    Rent-A-Christmas LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

---

**2.1** NYBDC Local Dev. Corp. dba Pursuit

Creditor's Name

50 Beaver Street
Albany, NY 12207

Creditor's mailing address

uccsprep@cscinfo.com

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
C005

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. NYBDC Local Dev. Corp. dba Pursuit

**Describe debtor's property that is subject to a lien**
Finished products for rent (not resale)

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

$29,482.57          $160,000.00

---

**2.2** NYBDC Local Dev. Corp. dba Pursuit

Creditor's Name

50 Beaver Street
Albany, NY 12207

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
L622

**Describe debtor's property that is subject to a lien**
Orange Bank & Trust Company212 Dolson AvenueMiddletown, NY 10940; Orange Bank & Trust Company212 Dolson AvenueMiddletown, NY 10940; Orange Bank & Trust Company212 Dolson AvenueMiddletown, NY 10940; Finished products for rent (not resale)

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$26,267.24          $189,119.11

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| Debtor | Rent-A-Christmas LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| Specified on line 2.1 | ☒ Disputed |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $55,749.81

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| NYBDC dba Pursuit<br>19 British American Blvd<br>Latham, NY 12110 | Line  2.1 | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  Rent-A-Christmas LLC

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>NYS Dept. of Taxation & Finance<br>Bankruptcy/ Special Procedures<br>Section<br>PO Box 5300<br>Albany, NY 12205-0300 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.3** | Priority creditor's name and mailing address<br>Texas Comptroller of Public<br>Accounts<br>P.O. Box 13528, Capitol Station<br>Austin, TX 78711-3528 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

| Debtor | Rent-A-Christmas LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** <br> ADP <br> c/o Lyon Collection Services, Inc. <br> 7924 West Sahara Avenue <br> Las Vegas, NV 89117 | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☒ Disputed | $318.78 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br> Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** <br> AmTrust Financial <br> 800 Superior Avenue E <br> Cleveland, OH 44114 | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☒ Disputed | $2,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _8736_ | **Basis for the claim:** _ <br> Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** <br> ARA Insurance <br> 11225 College Boulevard <br> Overland Park, KS 66210 | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☒ Disputed | $6,352.41 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _8000_ | **Basis for the claim:** _ <br> Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** <br> Barrango MFG <br> 391 Forbes Blvd. So. <br> San Francisco, CA 94080 | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☒ Disputed | $37,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br> Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** <br> Carpenter Decorating <br> 411 33rd St Ct NE <br> Conover, NC 28613 | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☒ Disputed | $167,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br> Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** <br> Corporation Service Company, as Rep <br> P.O. Box 2576 <br> Springfield, IL 62708 | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☒ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br> Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** <br> De Lage Landen Financial Services, Inc. <br> PO BOX 41602 <br> Philadelphia, PA 19101 | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☒ Disputed | $1,200.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _1490_ | **Basis for the claim:** _ <br> Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | Rent-A-Christmas LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8**

**Nonpriority creditor's name and mailing address**
Decor IQ
1310 W Laurel
San Antonio, TX 78201

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$130,000.00

---

**3.9**

**Nonpriority creditor's name and mailing address**
Delbello Donnellan Weingarten
WIse & Wiederkeher LLP
360 Hamilton Avenue
White Plains, NY 10601

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0001_

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _Legal Fees_

Is the claim subject to offset?   ☒ No   ☐ Yes

$90,000.00

---

**3.10**

**Nonpriority creditor's name and mailing address**
DTS TECHNOLOGY GROUP LLC
3435 Ambassador Dr.
Columbus, GA 31907

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$379.00

---

**3.11**

**Nonpriority creditor's name and mailing address**
Echo Global Logistics Inc.
22168 Network Place
Chicago, IL 60673

**Date(s) debt was incurred** _

**Last 4 digits of account number** _5305_

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$13,761.71

---

**3.12**

**Nonpriority creditor's name and mailing address**
ERC Pros, LLC
135 S Mountain Way Drive

Orem, UT 84058

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$1,730.00

---

**3.13**

**Nonpriority creditor's name and mailing address**
Express Pros - Tarrytown NY
P.O. Box 945434
Atlanta, GA 30394

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0043_

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$21,000.00

---

**3.14**

**Nonpriority creditor's name and mailing address**
Federation Logistics LLC
149 Black Horse Lane
North Brunswick, NJ

**Date(s) debt was incurred** _

**Last 4 digits of account number** _RACH_

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$180,000.00

---

**3.15**

**Nonpriority creditor's name and mailing address**
FedEx
942 South Shady Grove Road, 2nd Floor
Memphis, TN 38120

**Date(s) debt was incurred** _

**Last 4 digits of account number** _3073_

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$7,500.00

---

| Debtor | Rent-A-Christmas LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|
| | FedEx Custom Critical, Inc. | | |
| | 942 South Shady Grove Road, 2nd Floor | ☐ Contingent | |
| | Memphis, TN 38120 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _5981_ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|
| | FedEx Freight | | |
| | P.O. Box 223125 | ☐ Contingent | |
| | Pittsburgh, PA 15250 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _7041_ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Flexibility Capital Inc. | | |
| | 1501 Broadway, Suite 1814 | ☐ Contingent | |
| | New York, NY 10036 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|
| | Geist, Schwarz, & Jellinek PLLC | | |
| | 4 Westchester Park Drive | ☐ Contingent | |
| | Suite 100 | ☐ Unliquidated | |
| | white Plains, NY 10604 | ☒ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,705.91 |
|---|---|---|---|
| | Javits Center | | |
| | 655 West 34th Street | ☐ Contingent | |
| | New york, NY 10001 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|
| | Jay Transport Group LLC | | |
| | dba JTS Group | ☐ Contingent | |
| | 505 Fountain Parkway #536312 | ☐ Unliquidated | |
| | Grand Prairie, TX 75050 | ☒ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|
| | Jerry Cavallaro | | |
| | 4 Plato Drive | ☐ Contingent | |
| | South Amboy, NJ 08879 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|
| | John Ross Winter | | |
| | 240 Forest Rd | ☐ Contingent | |
| | Little Neck, NY 11363 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| Debtor | Rent-A-Christmas LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.24** **Nonpriority creditor's name and mailing address**
LAW OFFICES OF MARC E. BENGUALID, PLLC
330 West 38th Street,
 Suite 305
New York, NY 10018

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$1,000.00

---

**3.25** **Nonpriority creditor's name and mailing address**
Light Up The Night Production
101 Riverwalk Way
Manchester, NH

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$15,000.00

---

**3.26** **Nonpriority creditor's name and mailing address**
Martin Parness
2118 NE 20th Avenue
Cape Coral, FL

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$7,000.00

---

**3.27** **Nonpriority creditor's name and mailing address**
Menorah.net
456 Pleasant Valley Way
West Orange, NJ

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$100,000.00

---

**3.28** **Nonpriority creditor's name and mailing address**
New York State Insurance Fund
P.O. Box 66699
Albany, NY 12206

**Date(s) debt was incurred** _

**Last 4 digits of account number**  6924

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$0.00

---

**3.29** **Nonpriority creditor's name and mailing address**
New York State Thruway Authority
PAM-NYSTN, PO BOX 500
Horsehead, NY 14845

**Date(s) debt was incurred** _

**Last 4 digits of account number**  1535

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$104.83

---

**3.30** **Nonpriority creditor's name and mailing address**
Oriental Air Transport Service, Inc. JFK
175-41 148th Road
Jamaica, NY 11434

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$900.00

---

**3.31** **Nonpriority creditor's name and mailing address**
Paul Pruzan
1 Martine Avenue, Apt 614
White Plains, NY 10606

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$6,400.00

---

| Debtor | Rent-A-Christmas LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.32**

**Nonpriority creditor's name and mailing address**
Penske Truck Leasing Co., L.P.
PO Box 827380
Philadelphia, PA 19182

**Date(s) debt was incurred** _

**Last 4 digits of account number** 0910

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$600.00

---

**3.33**

**Nonpriority creditor's name and mailing address**
QuickBooks Capital
2700 Coast Avenue
Mountain View, CA 94043

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$7,000.00

---

**3.34**

**Nonpriority creditor's name and mailing address**
Ready Refresh
32-69 Gale Avenue
Long Island City, NY 11101

**Date(s) debt was incurred** _

**Last 4 digits of account number** 5232

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$179.63

---

**3.35**

**Nonpriority creditor's name and mailing address**
RSM US LLP
5155 Paysphere Circle
chicago, IL 60674

**Date(s) debt was incurred** _

**Last 4 digits of account number** 3274

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$20,000.00

---

**3.36**

**Nonpriority creditor's name and mailing address**
RSM US Product Sales LLC
PO Box 730532
Dallas, TX 75373

**Date(s) debt was incurred** _

**Last 4 digits of account number** 3274

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$3,000.00

---

**3.37**

**Nonpriority creditor's name and mailing address**
SAGE
305 Seventh Ave., 15th Fl.
New York, NY 10001

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

Unknown

---

**3.38**

**Nonpriority creditor's name and mailing address**
SAIA Motor Freight Line, LLC
PO Box 730532
Dallas, TX 75373

**Date(s) debt was incurred** _

**Last 4 digits of account number** 0439

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$3,000.00

---

**3.39**

**Nonpriority creditor's name and mailing address**
Saw Myat Thanda Win Maung aka Sam Rawson
52 Holls Terrace South
yonkers, NY 10701

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$90,000.00

---

| Debtor | Rent-A-Christmas LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $32,141.71 |
|---|---|---|---|

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _7616_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,000.00 |
|---|---|---|---|

Technology Insurance Co, Inc.
59 Maiden Lane
New York, NY 10038

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _0834_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,855.00 |
|---|---|---|---|

The Hartford
P.O. Box 783690
Philadelphia, PA 19178

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _5558_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

The Hartford
P.O. Box 783690
Philadelphia, PA 19178

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _0003_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,000.00 |
|---|---|---|---|

Thunder Lighting Supply
162 Ocean Avenue
Lindenhurst, NY 11757

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $240,000.00 |
|---|---|---|---|

U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Loan_

**Last 4 digits of account number** _7910_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,000.00 |
|---|---|---|---|

UHAUL
2727 N. Central Avenue
Phoenix, AZ 85004

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _1874_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

United Rentals
POX Box 100711
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _3206_

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Rent-A-Christmas LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500.00 |
|---|---|---|---|

Verizon
1095 6th Avenue
New York, NY 10036

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0001_

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500.00 |
|---|---|---|---|

Verizon Fios
1095 6th Avenue
New York, NY 10036

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0105_

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500.00 |
|---|---|---|---|

Verizon Wireless Business
1095 6th Avenue
New York, NY 10036

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0001_

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5.00 |
|---|---|---|---|

Verizon Wireless Business
1095 6th Avenue
New York, NY 10036

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0001_

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $237,000.00 |
|---|---|---|---|

Vickerman Company
675 Tacoma Blvd
NYA, MN 55368

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _6481_

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $23,000.00 |
|---|---|---|---|

Vital Transportation Corporation
PO Box 693
Edison, NJ

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,000.00 |
|---|---|---|---|

ZACME LLC
83 Russell Street Apt 2L
Brooklyn, NY 11222

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _tmas_

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,500.00 |
|---|---|---|---|

ZoomInfo Technologies LLC
805 Broadway Street, Suite 900
Vancouver, WA 98660

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _2192_

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

---

| Debtor | Rent-A-Christmas LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Abrams, Davis & Keller, Inc.<br>1201 Sussex Turnpike<br>Randolph, NJ 07869 | Line _3.52_<br>☐ Not listed. Explain ____ | _ |
| 4.2 | AG Adjustments<br>1 Huntington Quadrangle, Ste 4N15<br>Melville, NY 11747 | Line _3.20_<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Allianz Trade<br>100 International Drive<br>STE 22000<br>Baltimore, MD 21202 | Line _3.11_<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Altus Receivables Management<br>2121 Airline Drive<br>Suite 520<br>Metairie, LA 70001 | Line _3.35_<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Altus Receivables Management<br>2121 Airline Drive<br>Suite 520<br>Metairie, LA 70001 | Line _3.55_<br>☐ Not listed. Explain ____ | _ |
| 4.6 | Altus Receivables Management<br>2121 Airline Drive<br>Suite 520<br>Metairie, LA 70001 | Line _3.12_<br>☐ Not listed. Explain ____ | _ |
| 4.7 | Associated Credit Services, Inc.<br>PO BOX 1201<br>Tewksbury, MA 01876-0901 | Line _3.34_<br>☐ Not listed. Explain ____ | _ |
| 4.8 | AWN&R Commercial Law Group, PLLC<br>Jeffrey Parrella, Esq.<br>14 Wall Street, 20th Floor<br>New York, NY 10005 | Line _3.18_<br>☐ Not listed. Explain ____ | _ |
| 4.9 | Brodsky & Peck<br>550 Mamaroneck Avenue<br>Suite 406<br>Harrison, NY 10528 | Line _3.39_<br>☐ Not listed. Explain ____ | _ |
| 4.10 | Brown & Joseph LLC<br>1 Pierce Place<br>Suite 700W<br>Itasca, IL 60143 | Line _3.42_<br>☐ Not listed. Explain ____ | _ |
| 4.11 | Convergent Outsourcing, Inc.<br>800 SW 39th Street<br>Suite 100<br>Renton, WA 98057 | Line _3.50_<br>☐ Not listed. Explain ____ | _ |
| 4.12 | De Lage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>attn.: Pam Kahler, Litigation Recovery Specialist<br>Wayne, PA 19087 | Line _3.7_<br>☐ Not listed. Explain ____ | _ |

| Debtor | Rent-A-Christmas LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.13 | Faier Law<br>PO Box 512<br>Boys Town, NE 68010 | Line 3.4<br>☐ Not listed. Explain ____ | _ |
| 4.14 | IC System, Inc.<br>444 Highway 96 East<br>PO Box 64378<br>Saint Paul, MN 55164-0378 | Line 3.48<br>☐ Not listed. Explain ____ | _ |
| 4.15 | Lyon Collection Services, Inc.<br>7924 West Sahara Avenue, Las Vegas, NV<br>Las Vegas, NV 89117 | Line 3.1<br>☐ Not listed. Explain ____ | _ |
| 4.16 | Mark A Kirkorsky PC<br>1119 W. Southern Ave.<br>2nd Floor<br>Mesa, AZ 85210 | Line 3.47<br>☐ Not listed. Explain ____ | _ |
| 4.17 | McCarthy, Burgess & Wolff<br>26000 Cannon Road<br>Bedford, OH 44146 | Line 3.41<br>☐ Not listed. Explain ____ | _ |
| 4.18 | Professional Account Management<br>PAM-NYSTN, PO BOX 500<br>Horseheads, NY 14845-0500 | Line 3.29<br>☐ Not listed. Explain ____ | _ |
| 4.19 | Pulman LeFlore Pullen & Reed LLP<br>2161 N.W. Military Highway, Suite 400<br><br>San Antonio, TX 78213 | Line 3.8<br>☐ Not listed. Explain ____ | _ |
| 4.20 | Rauch-Milliken International Inc.<br>PO BOX 8390<br>Metairie, LA 70011-8390 | Line 3.46<br>☐ Not listed. Explain ____ | _ |
| 4.21 | Roberts Markel Weinberg Butler Hailey PC<br>2800 Post Oak Blvd 57th Fl<br>Houston, TX 77056 | Line 3.8<br>☐ Not listed. Explain ____ | _ |
| 4.22 | Schulte Roth & Zabel LLP<br>Attn: Tara S. Lederer<br>919 Third Avenue<br>New York, NY 10022 | Line 3.37<br>☐ Not listed. Explain ____ | _ |
| 4.23 | Stephanie J. Donato, Esq.<br>261 N Plank Rd.<br>Newburgh, NY 12550 | Line 3.52<br>☐ Not listed. Explain ____ | 2247 |
| 4.24 | Transworld Systems Incorporated<br>500 Virginia Drive, Suite 514<br>Fort Washington, PA 19034 | Line 3.15<br>☐ Not listed. Explain ____ | _ |
| 4.25 | Vericore<br>10115 Kincey Avenue, Suite 100<br>Huntersville, NC 28078 | Line 3.13<br>☐ Not listed. Explain ____ | _ |

| Debtor | Rent-A-Christmas LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.26   Voss, Michaels, Lee & Associates, Inc.<br>PO BOX 1829<br>Holland, MI 49422-1829 | Line   3.3<br><br>☐   Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $     0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $     1,487,733.98 |
| **5c. Total of Parts 1 and 2**<br>      Lines 5a + 5b = 5c. | 5c. | $     1,487,733.98 |

**Fill in this information to identify the case:**

Debtor name    Rent-A-Christmas LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease Agreement dated October 20, 2021 for a 2021 Mitsubishi FGC15N Cushion Forklift; 60 Monthly payments of $306.57 with End of Lease Purchase Option @ FMV | |
| | State the term remaining | 1 year and 3 months | De Lage Landen Financial Services, Inc. Lease Processing Center 1111 Old Eagle School Road Wayne, PA 19087 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated Jan. 27, 2025 - Rental of Space/Unit No. 15 (approximately 10 x 30) for storage of Christmas decorations at monthly rental charge of $263.00. | |
| | State the term remaining | Month to Month | Extra Space Management, Inc. c/o Extra Space Storage 5341 Cane Ridge Rd. Antioch, TN 37013 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated Jan. 13, 2025 - rental of Space/Unit No. 481 (approximately 12 x 30) for storage of Christmas decorations at monthly rental charge of $220.00. | |
| | State the term remaining | Month to Month | Extra Space Management, Inc. c/o Extra Space Storage 1151 W. Euless Blvd. Euless, TX 76040 |
| | List the contract number of any government contract | | |

Debtor 1   Rent-A-Christmas LLC
   First Name       Middle Name      Last Name              Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated Feb. 5, 2025 - rental of Space/Unit No. 1005 (approximately 10 x 30) for storage of Christmas decorations at monthly rental charge of $330.00. | |
| | State the term remaining | Month to Month | Extra Space Management, Inc. c/o Extra Space Storage 488 Boston Post Rd. Orange, CT 06477 |
| | List the contract number of any government contract | | |
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Agreement dated February 2025 - rental of Space/Unit No. 1031 (approximately 10 x30) for storage of Christmas decorations at monthly rental charge of $360.00. | |
| | State the term remaining | | Extra Space Management, Inc. c/o Extra Space Storage 766 Carolier Lane North Brunswick, NJ 08902 |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | Federation Logistics 149 Black Horse Lane North Brunswick, NJ 08902 |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreements with Customers for RAC to provide and install rented holiday display items | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Proprietary & Confidential |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1   Rent-A-Christmas LLC _____     Case number (*if known*) _____
      First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest — Rental Agreement dated 4/2/2025 for space number G26 (approximately 12.5 x 45), Minimum lease term 12 months commencing 4/2/2025, continuing month to month thereafter until terminated. Monthly Rent: $80.00. | |
| State the term remaining — 9 months - through March 2026 | San Antonio RV and Boat Storage 1658 CR 2615 |
| List the contract number of any government contract | Rio Medina, TX 78066 |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest — Membership Agreement for Office Space 12 for 12 months commencing 10/17 /24 and ending 10/31/2025 @ $700.00 per month, plus garage parking space #1 @ $100.00 per month commencing March 1, 2025 (month to month). | |
| State the term remaining — 4 months, then month to month until terminated | Velocity 50, LLC c/o Diamond Properties 333 N. Bedford Rd., Suite 145 Mount Kisco, NY 10549 |
| List the contract number of any government contract | |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest — Rental Agreement dated July 23, 2024 – Unit #C108 at the monthly rental rate of $215.50. Minimum Term - 1 Month, Month to Month thereafter until terminated. | |
| State the term remaining — Month to Month | Westport Hawthorne Self Storage, LLC dba US Storage Centers 130 Brady Avenue |
| List the contract number of any government contract | Hawthorne, NY 10532 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____Rent-A-Christmas LLC_____

United States Bankruptcy Court for the: ____SOUTHERN DISTRICT OF NEW YORK_____

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

   1. **Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

   2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | Judah Parness | 53 Hyatt Avenue Yonkers, NY 10704 | U.S. Small Business Administration | ☐ D _____ ☒ E/F 3.45 ☐ G _____ |
| 2.2 | Judah Parness | 53 Hyatt Avenue Yonkers, NY 10704 | Saw Myat Thanda Win Maung aka Sam Rawson | ☐ D _____ ☒ E/F 3.39 ☐ G _____ |
| 2.3 | Judah Parness | 53 Hyatt Avenue Yonkers, NY 10704 | NYBDC Local Dev. Corp. dba Pursuit | ☒ D 2.1 ☐ E/F _____ ☐ G _____ |
| 2.4 | Judah Parness | 53 Hyatt Avenue Yonkers, NY 10704 | NYBDC Local Dev. Corp. dba Pursuit | ☒ D 2.2 ☐ E/F _____ ☐ G _____ |
| 2.5 | Kristen Parness | 53 Hyatt Avenue Yonkers, NY 10704 | Saw Myat Thanda Win Maung aka Sam Rawson | ☐ D _____ ☒ E/F 3.39 ☐ G _____ |
| 2.6 | Kristen Parness | 53 Hyatt Avenue Yonkers, NY 10704 | Flexibility Capital Inc. | ☐ D _____ ☒ E/F 3.18 ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name _____ Rent-A-Christmas LLC_____

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF NEW YORK____

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From 01/01/2025 to Filing Date | ☒ Operating a business<br><br>☐ Other _____ | $370,000.00 |
   | For prior year:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br><br>☐ Other _____ | $673,428.90 |
   | For year before that:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br><br>☐ Other _____ | $1,200,000.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   |  |  |

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   Rent-A-Christmas LLC _____   Case number *(if known)* _____

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   Sunbelt Rentals | 5/7/25 -<br>$401.27,<br>$2,034.68,<br>$99.59,<br>$1,282.41,<br>$1,532.10,<br>$3,615.28;<br><br><br>6/27/25 -<br>$2,192.98,<br>$1,025.36,<br>$2,136.34,<br>$1,224.27,<br>$133.10,<br>$2,433.53 | $18,110.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| De Lage Landen Financial<br>PO Box 41602<br>Philadelphia, PA 19101 | Leased Forklift | June 2025 | Unknown |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| Debtor | Rent-A-Christmas LLC | | Case number *(if known)* | |

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Flexibility Capital, Inc., Plaintiff -against- Rent A Christmas LLC dba Rent A Christmas and Kristen Michelle Parness, Defendants.<br>E2024005440 | Collection | NYS Supreme Court - County of Monroe | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Kirby Aisner & Curley LLP<br>700 Post Road, Suite 237<br>Scarsdale, NY 10583 | | 6/6/25 - $35,000;<br>7/18/25 - $16,738 | $51,738.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

Debtor    Rent-A-Christmas LLC                                    Case number *(if known)*

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 7 Skyline Drive, Suite 350 - Office Space Hawthorne, NY 10532 | August 203 - October 2024 |
| 14.2. | 50 Pine Street, Unit E (Warehouse) New Rochelle, NY 10801 | June 2021 - January 2024 |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Unknown | EIN: |

Debtor   Rent-A-Christmas LLC _____    Case number *(if known)* _____

Has the plan been terminated?
☒ No
☐ Yes

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Orange Bank and Trust | XXXX-4706 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | August 2024 | $0.00 |
| 18.2. | PEX Card | XXXX-1578 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☒ Other___ | 8/31/2024 | $0.00 |
| 18.3. | PEX Card | XXXX-1692 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☒ Other___ | 8/31/2024 | $0.00 |
| 18.4. | PEX Card | XXXX-4135 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☒ Other___ | 8/31/2024 | $0.00 |
| 18.5. | PEX Card | XXXX-5575 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☒ Other___ | 8/31/2024 | $0.00 |
| 18.6. | PEX Card | XXXX-6952 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☒ Other___ | 8/31/2024 | $0.00 |
| 18.7. | PEX Card | XXXX-7715 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☒ Other___ | 8/31/2024 | $0.00 |
| 18.8. | PEX Holding Account | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 8/31/2024 | $0.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | Rent-A-Christmas LLC | Case number *(if known)* | |
|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Extra Space Storage<br>488 Boston Post Road<br>Orange, CT 06477 | Judah Parness | Holiday Decorations | ☐ No<br>☒ Yes |
| Extra Space Storage<br>766 Carolier Lane<br>North Brunswick, NJ 08902 | Judah Parness | Holiday Decorations | ☐ No<br>☒ Yes |
| Extra Space Storage<br>5341 Cane Ridge Road<br>Antioch, TN 37013 | Judah Parness | Holiday Decorations | ☐ No<br>☒ Yes |
| Extra Space Storage<br>1151 W Euless Boulevard<br>Euless, TX 76040 | Judah Parness | Holiday Decorations | ☐ No<br>☒ Yes |
| San Antonio Boat and RV Storage<br>1658 Country Road 2615<br>Rio Medina, TX 78066 | Judah Parness | Holiday Decorations | ☐ No<br>☒ Yes |
| Federation Logistics<br>149 Blackhorse Lane<br>North Brunswick, NJ 08902 | Judah Parness | Holiday Decorations | ☐ No<br>☒ Yes |
| US Storage Centers<br>130 Brady Avenue<br>Hawthorne, NY 10532 | Judah Parness | Holiday Decorations | ☐ No<br>☒ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly

Debtor    Rent-A-Christmas LLC _____    Case number *(if known)* _____

owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☒ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Damien's Law 996 Northpark Dr. Ridgeland, MS 39157 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Debtor    Rent-A-Christmas LLC                                          Case number *(if known)*

☒ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Judah Parness | 53 Hyatt Avenue, 2nd Floor Yonkers, NY 10704 | Managing Member | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Judah Parness | | See Schedule Attached | |
| | **Relationship to debtor** Sole Shareholder & Managing Member | | | |
| 30.2. | Kristen Parness | | See Schedule Attached | |
| | **Relationship to debtor** | | | |
| 30.3. | Martin Parness | | See Schedule Attached | |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Rent-A-Christmas LLC _____    Case number *(if known)* _____

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    ___July 28, 2025_____

/s/   Judah Parness _____        Judah Parness _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    ___Managing Member_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Southern District of New York

In re   Rent-A-Christmas LLC                                    Case No.

_____                       Chapter   11
                        Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Judah Parness<br>53 Hyatt Avenue, 2nd Floor<br>Yonkers, NY 10704 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   July 28, 2025                              Signature   /s/  Judah Parness
_____               _____
                                                          Judah Parness

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re   Rent-A-Christmas LLC _____   Case No. _____

_____   Chapter   11 _____
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐   **FLAT FEE**

For legal services, I have agreed to accept ............................................   $   _____

Prior to the filing of this statement I have received ...........................   $   _____

Balance Due ...........................................................................................   $   _____

☒   **RETAINER**

For legal services, I have agreed to accept and received a retainer of ..........................   $   _____51,738.00_

The undersigned shall bill against the retainer at an hourly rate of ...............................   $   _____51,738.00_
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

☒   Debtor   ☐   Other (specify):

3.   The source of compensation to be paid to me is:

☒   Debtor   ☐   Other (specify):

4.   ☒   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]
 a. To give advice to the Debtor with respect to its powers and duties as Debtor in Possession and the continued management of its property and affairs.
 b. To negotiate with creditors of the Debtor and work out a plan of reorganization and take the necessary legal steps in order to effectuate such a plan including, if need be, negotiations with the creditors and other parties in interest.
 c. To prepare the necessary answers, orders, reports and other legal papers required for the Debtor's protection from its creditors under Chapter 11 of the Bankruptcy Code.
 d. To appear before the Bankruptcy Court to protect the interest of the Debtor and to represent the Debtor in all matters pending before the Court.
 e. To attend meetings and negotiate with representatives of creditors and other parties in interest.
 f. To advise the Debtor in connection with any potential sale of the business.
 g. To represent the Debtor in connection with obtaining post-petition financing, if necessary.
 h. To take any necessary action to obtain approval of a disclosure statement and confirmation of a plan of reorganization.
 i. To perform all other legal services for the Debtor which may be necessary for the preservation of the Debtors estate and to promote the best interests of the Debtor and its creditors.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
 Representation in an Adversary Proceeding, subject to further agreement with the Debtor.

In re    Rent-A-Christmas LLC _____    Case No. _____
                    Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

July 28, 2025 _____          /s/ Julie Cvek Curley _____
*Date*                                          Julie Cvek Curley
                                                *Signature of Attorney*
                                                Kirby Aisner & Curley LLP
                                                700 Post Road
                                                Suite 237
                                                Scarsdale, NY 10583
                                                (914) 401-9500   Fax:
                                                jcurley@kacllp.com _____
                                                *Name of law firm*

**United States Bankruptcy Court**
**Southern District of New York**

In re   Rent-A-Christmas LLC                                          Case No.

                                          Debtor(s)        Chapter      11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I,  Judah Parness, declare under penalty of perjury that I am the Managing Member of  Rent-A-Christmas LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 28th day of July, 2025 .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that  Judah Parness, Managing Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that  Judah Parness, Managing Member of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that  Judah Parness, Managing Member of this Corporation is authorized and directed to employ Julie Cvek Curley , attorney and the law firm of Kirby Aisner & Curley LLP to represent the corporation in such bankruptcy case."

Date   July 28, 2025                              Signed  /s/ Judah Parness
                                                          Judah Parness

Resolution of Board of Directors
of
Rent-A-Christmas LLC


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that  Judah Parness, Managing Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that  Judah Parness, Managing Member  of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that  Judah Parness, Managing Member of this Corporation is authorized and directed to employ Julie Cvek Curley , attorney and the law firm of Kirby Aisner & Curley LLP to represent the corporation in such bankruptcy case.

Date   July 28, 2025                                    Signed   */s/ Judah Parness*
                                                                                  Judah Parness

# United States Bankruptcy Court
## Southern District of New York

In re    Rent-A-Christmas LLC _____    Case No. _____

_____ Debtor(s)    Chapter    11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    July 28, 2025 _____    /s/  Judah Parness _____

Judah Parness/Managing Member
Signer/Title

Abrams, Davis & Keller, Inc.
1201 Sussex Turnpike
Randolph, NJ 07869


ADP
c/o Lyon Collection Services, Inc.
7924 West Sahara Avenue
Las Vegas, NV 89117


AG Adjustments
1 Huntington Quadrangle, Ste 4N15
Melville, NY 11747


Allianz Trade
100 International Drive
STE 22000
Baltimore, MD 21202


Altus Receivables Management
2121 Airline Drive
Suite 520
Metairie, LA 70001


Altus Receivables Management
2121 Airline Drive
Suite 520
Metairie, LA 70001


AmTrust Financial
800 Superior Avenue E
Cleveland, OH 44114


ARA Insurance
11225 College Boulevard
Overland Park, KS 66210


Associated Credit Services, Inc.
PO BOX 1201
Tewksbury, MA 01876-0901


AWN&R Commercial Law Group, PLLC
Jeffrey Parrella, Esq.
14 Wall Street, 20th Floor
New York, NY 10005


Barrango MFG
391 Forbes Blvd. So.
San Francisco, CA 94080


Brodsky & Peck
550 Mamaroneck Avenue
Suite 406
Harrison, NY 10528

Brown & Joseph LLC
1 Pierce Place
Suite 700W
Itasca, IL 60143


Carpenter Decorating
411 33rd St Ct NE
Conover, NC 28613


Convergent Outsourcing, Inc.
800 SW 39th Street
Suite 100
Renton, WA 98057


Corporation Service Company, as Rep
P.O. Box 2576
Springfield, IL 62708


De Lage Landen Financial Services, Inc.
PO BOX 41602
Philadelphia, PA 19101


De Lage Landen Financial Services, Inc.
Lease Processing Center
1111 Old Eagle School Road
Wayne, PA 19087


De Lage Landen Financial Services, Inc.
attn.: Pam Kahler, Litigation Recovery S
1111 Old Eagle School Road
Wayne, PA 19087


Decor IQ
1310 W Laurel
San Antonio, TX 78201


Delbello Donnellan Weingarten
WIse & Wiederkeher LLP
360 Hamilton Avenue
White Plains, NY 10601


DTS TECHNOLOGY GROUP LLC
3435 Ambassador Dr.
Columbus, GA 31907


Echo Global Logistics Inc.
22168 Network Place
Chicago, IL 60673


ERC Pros, LLC
135 S Mountain Way Drive
Orem, UT 84058


Express Pros - Tarrytown NY
P.O. Box 945434
Atlanta, GA 30394

Extra Space Management, Inc.
c/o Extra Space Storage
5341 Cane Ridge Rd.
Antioch, TN 37013

Extra Space Management, Inc.
c/o Extra Space Storage
1151 W. Euless Blvd.
Euless, TX 76040

Extra Space Management, Inc.
c/o Extra Space Storage
488 Boston Post Rd.
Orange, CT 06477

Extra Space Management, Inc.
c/o Extra Space Storage
766 Carolier Lane
North Brunswick, NJ 08902

Faier Law
PO Box 512
Boys Town, NE 68010

Federation Logistics
149 Black Horse Lane
North Brunswick, NJ 08902

Federation Logistics LLC
149 Black Horse Lane
North Brunswick, NJ

FedEx
942 South Shady Grove Road, 2nd Floor
Memphis, TN 38120

FedEx Custom Critical, Inc.
942 South Shady Grove Road, 2nd Floor
Memphis, TN 38120

FedEx Freight
P.O. Box 223125
Pittsburgh, PA 15250

Flexibility Capital Inc.
1501 Broadway, Suite 1814
New York, NY 10036

Geist, Schwarz, & Jellinek PLLC
4 Westchester Park Drive
Suite 100
white Plains, NY 10604

IC System, Inc.
444 Highway 96 East
PO Box 64378
Saint Paul, MN 55164-0378

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Javits Center
655 West 34th Street
New york, NY 10001


Jay Transport Group LLC
dba JTS Group
505 Fountain Parkway #536312
Grand Prairie, TX 75050


Jerry Cavallaro
4 Plato Drive
South Amboy, NJ 08879


John Ross Winter
240 Forest Rd
Little Neck, NY 11363


Judah Parness
53 Hyatt Avenue
Yonkers, NY 10704


Kristen Parness
53 Hyatt Avenue
Yonkers, NY 10704


LAW OFFICES OF MARC E. BENGUALID, PLLC
330 West 38th Street,
Suite 305
New York, NY 10018


Light Up The Night Production
101 Riverwalk Way
Manchester, NH


Lyon Collection Services, Inc.
7924 West Sahara Avenue, Las Vegas, NV
Las Vegas, NV 89117


Mark A Kirkorksy PC
1119 W. Southern Ave.
2nd Floor
Mesa, AZ 85210


Martin Parness
2118 NE 20th Avenue
Cape Coral, FL


McCarthy, Burgess & Wolff
26000 Cannon Road
Bedford, OH 44146

Menorah.net
456 Pleasant Valley Way
West Orange, NJ


New York State Insurance Fund
P.O. Box 66699
Albany, NY 12206


New York State Thruway Authority
PAM-NYSTN, PO BOX 500
Horsehead, NY 14845


NYBDC dba Pursuit
19 British American Blvd
Latham, NY 12110


NYBDC Local Dev. Corp. dba Pursuit
50 Beaver Street
Albany, NY 12207


NYC Dept. of Finance
Office of Legal Affairs
375 Pearl Street, 30th Street
New York, NY 10038


NYS Dept. of Taxation & Finance
Bankruptcy/ Special Procedures Section
PO Box 5300
Albany, NY 12205-0300


NYS Unemployment Insurance Fund
PO Box 551
Albany, NY 12201


Office of the United States Trustee
One Bowling Green, Room 534
New York, NY 10004-1408


Oriental Air Transport Service, Inc. JFK
175-41 148th Road
Jamaica, NY 11434


Parking Violations Bureau
210 Joralemon Avenue
Brooklyn, NY 11201


Paul Pruzan
1 Martine Avenue, Apt 614
White Plains, NY 10606


Penske Truck Leasing Co., L.P.
PO Box 827380
Philadelphia, PA 19182

Professional Account Management
PAM-NYSTN, PO BOX 500
Horseheads, NY 14845-0500

Pulman LeFlore Pullen & Reed LLP
2161 N.W. Military Highway, Suite 400
San Antonio, TX 78213

QuickBooks Capital
2700 Coast Avenue
Mountain View, CA 94043

Rauch-Milliken International Inc.
PO BOX 8390
Metairie, LA 70011-8390

Ready Refresh
32-69 Gale Avenue
Long Island City, NY 11101

Roberts Markel Weinberg Butler Hailey PC
2800 Post Oak Blvd 57th Fl
Houston, TX 77056

RSM US LLP
5155 Paysphere Circle
chicago, IL 60674

RSM US Product Sales LLC
PO Box 730532
Dallas, TX 75373

SAGE
305 Seventh Ave., 15th Fl.
New York, NY 10001

SAIA Motor Freight Line, LLC
PO Box 730532
Dallas, TX 75373

San Antonio RV and Boat Storage
1658 CR 2615
Rio Medina, TX 78066

Saw Myat Thanda Win Maung aka Sam Rawson
52 Holls Terrace South
yonkers, NY 10701

Schulte Roth & Zabel LLP
Attn: Tara S. Lederer
919 Third Avenue
New York, NY 10022

Stephanie J. Donato, Esq.
261 N Plank Rd.
Newburgh, NY 12550

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384


Technology Insurance Co, Inc.
59 Maiden Lane
New York, NY 10038


Texas Comptroller of Public Accounts
P.O. Box 13528, Capitol Station
Austin, TX 78711-3528


The Hartford
P.O. Box 783690
Philadelphia, PA 19178


The Hartford
P.O. Box 783690
Philadelphia, PA 19178


Thunder Lighting Supply
162 Ocean Avenue
Lindenhurst, NY 11757


Transworld Systems Incorporated
500 Virginia Drive, Suite 514
Fort Washington, PA 19034


U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203


UHAUL
2727 N. Central Avenue
Phoenix, AZ 85004


United Rentals
POX Box 100711
Atlanta, GA 30384


United States Attorney's Office
Attn: Tax and Bankruptcy Unit
Southern District of New York
86 Chambers Street, Third Floor
New York , NY 10007


US Small Business Administration
District Counsel - NY District Office
26 Federal Plaza, Suite 3100
New York, NY 10278


Velocity 50, LLC
c/o Diamond Properties
333 N. Bedford Rd., Suite 145
Mount Kisco, NY 10549

Vericore
10115 Kincey Avenue, Suite 100
Huntersville, NC 28078

Verizon
1095 6th Avenue
New York, NY 10036

Verizon Fios
1095 6th Avenue
New York, NY 10036

Verizon Wireless Business
1095 6th Avenue
New York, NY 10036

Vickerman Company
675 Tacoma Blvd
NYA, MN 55368

Vital Transportation Corporation
PO Box 693
Edison, NJ

Voss, Michaels, Lee & Associates, Inc.
PO BOX 1829
Holland, MI 49422-1829

Westport Hawthorne Self Storage, LLC
dba US Storage Centers
130 Brady Avenue
Hawthorne, NY 10532

ZACME LLC
83 Russell Street Apt 2L
Brooklyn, NY 11222

ZoomInfo Technologies LLC
805 Broadway Street, Suite 900
Vancouver, WA 98660

# United States Bankruptcy Court
## Southern District of New York

In re   Rent-A-Christmas LLC

Debtor(s)

Case No. _____

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Rent-A-Christmas LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

July 28, 2025

Date

/s/ Julie Cvek Curley

Julie Cvek Curley
Signature of Attorney or Litigant
Counsel for   Rent-A-Christmas LLC
Kirby Aisner & Curley LLP
700 Post Road
Suite 237
Scarsdale, NY 10583
(914) 401-9500  Fax:
jcurley@kacllp.com