**EXHIBIT "B"**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**FEE APPLICATION COVER SHEET**

**CASE NAME:**                   RENT-A-CHRISTMAS LLC,

**CASE NUMBER:**                 25-22707(SHL)

**FILING DATE**:                 July 29, 2025

**CHAPTER:**                     11 – Subchapter V

**APPLICANT**:                   Kirby Aisner & Curley LLP

**ROLE IN CASE:**                Attorneys for the Debtor

COMPLETION OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALY OF PURJURY.

*/s/ Julie Cvek Curley*                *12/19/2025*
SIGNATURE OF APPLICANT     DATE

# SECTION I

## FEE SUMMARY

| | | |
|---|---|---|
| TOTAL PREVIOUS FEES & COSTS REQUESTED: | $ | 0.00 |
| TOTAL FEES & COSTS ALLOWED TO DATE: | $ | 0.00 |
| TOTAL RETAINER (IF APPLICABLE): | $ | 27,929.90 |
| TOTAL HOLDBACK (IF APPLICABLE): | $ | 0.00 |
| TOTAL INTERIM PAYMENTS RECEIVED BY APPLICANT: | $ | 0.00 |
| TOTAL RECEIVED BY APPLICANT: | $ | 27,929.90 |

### PROFESSIONAL SERVICES SUMMARY

| NAME OF PROFESSIONAL & TITLE | | RATE | HOURS | FEE |
|---|---|---|---|---|
| Julie Curley | Partner | $525 | 26.4 | $ 13,860.00 |
| Dana P. Brescia | Of Counsel | $495 | 92.7 | $ 45,886.50 |
| Khyati Tuli | Law Clerk | $250 | 19.2 | $ 4,800.00 |
| Bryn A. Leonardo | Paralegal | $175 | 4.7 | $ 822.50 |
| Donna Fraioli | Paralegal | $175 | 3.2 | $ 560.00 |
| | | **TOTAL** | **146.2** | **$ 65,929.00** |

### COMPENSATION BY WORK TASK

| TASK CODE | DESCRIPTION | HOURS | FEE |
|---|---|---|---|
| 01 | Asset Analysis | 51.9 | $ 25,319.50 |
| 02 | Asset Disposition/ Sales | 3.6 | $ 1,298.00 |
| 03 | Business Operations | 8.5 | $ 4,267.50 |
| 04 | General Case Administration | 21.6 | $ 8,401.50 |
| 05 | Claims Administration and Objection | 10.1 | $ 3,777.00 |
| 07 | Fee/Employment Applications | 2.9 | $ 1,435.50 |
| 10 | Litigation | 8.1 | $ 4,009.50 |
| 11 | Meeting of Creditors/Initial Debtor Interview | 5.9 | $ 1,867.00 |
| 12 | Plan and Disclosure Statement | 11.2 | $ 5,058.50 |
| 13 | Relief from Stay Proceedings | 2.0 | $ 1,050.00 |
| 14 | Schedules/ SOFA | 1.5 | $ 742.50 |
| 15 | Operating Statements | 5.3 | $ 2,338.00 |
| 16 | Cash Collateral | 10.5 | $ 4,830.00 |
| 17 | Lease Issues | 3.1 | $ 1,534.50 |
| | **TOTAL** | **146.2** | **$ 65,929.00** |

| | | |
|---|---|---|
| **APPLICATION FEE TOTALS - Page 2** | **$** | **65,929.00** |
| **APPLICATION DISBURSEMENT TOTALS - Page 3** | **$** | **3,463.44** |
| **BLENDED HOURLY RATE** : | **$** | **450.95** |

**SECTION II**

**SECTION OF DISBURSEMENTS**

| | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| a) | Filing Fees | $ | 1,738.00 |
| b) | On-line Access of Court Records | $ | 45.90 |
| c) | Photocopies | $ | 145.60 |
| d) | Postage | $ | 34.31 |
| e) | CertificateOfService.com | $ | 1,247.56 |
| f) | UPS | $ | 252.07 |
| | **DISBURSEMENT TOTAL:** | **$** | **3,463.44** |

**SECTION III**

**<u>CASE HISTORY</u>**

(1)      DATE CASE FILED:  July 29, 2025

(2)      CHAPTER UNDER WHICH CASE WAS COMMENCED: Chapter 11 – Subchapter V

(3)      DATE OF RETENTION: *Effective* as of July 29, 2025

(4)      PRIOR APPLICATION HISTORY: None

**SECTION IV**

## BREAKDOWN OF CASE MATTERS

**See Attached**

**Kirby Aisner Curley LLP**
**Professional Summary**

| Professional | Title | Quantity | Hourly Rate | | Total | |
|---|---|---|---|---|---|---|
| Julie Curley | Partner | 26.4 | $ | 525.00 | $ | 13,860.00 |
| Dana P. Brescia | Of Counsel | 92.7 | $ | 495.00 | $ | 45,886.50 |
| Khyati Tuli | Law Clerk | 19.2 | $ | 250.00 | $ | 4,800.00 |
| Bryn A. Leonardo | Paralegal | 4.7 | $ | 175.00 | $ | 822.50 |
| Donna Fraioli | Paralegal | 3.2 | $ | 175.00 | $ | 560.00 |
| | **Total** | **146.2** | | | $ | **65,929.00** |

| Date | User | Category | Description | Quantity | Hourly Rate | Total |
|------|------|----------|-------------|----------|-------------|-------|
| 8/5/2025 | Dana Brescia | 01 - Asset Analysis | Draft Demand Letters for Turnover to DecorIQ and Federation Logistics (0.5); Revise letter per JCC comments (0.1); Request itemization of product each is holding from client (0.1). | 0.7 | $ 495.00 | $ 346.50 |
| 8/5/2025 | Julie Curley | 01 - Asset Analysis | Review letter to Federation for turnover of inventory [.1]; Email DB re comments to same [.1] | 0.2 | $ 525.00 | $ 105.00 |
| 8/7/2025 | Dana Brescia | 01 - Asset Analysis | Obtain inventories held by Federation Logistics and Decor IQ (0.2); Correspondence with client re Demand Letters and inspecting inventory (0.2); Finalize letters for service (0.2); Email correspondence to creditors (0.2). | 0.8 | $ 495.00 | $ 396.00 |
| 8/8/2025 | Dana Brescia | 01 - Asset Analysis | Track Delivery of Demand Letters for Proof of Service | 0.2 | $ 495.00 | $ 99.00 |
| 8/15/2025 | Dana Brescia | 01 - Asset Analysis | Conversation with Dipen Patel re: turnover of inventory; Follow up call to Frank Touma. | 0.2 | $ 495.00 | $ 99.00 |
| 8/15/2025 | Dana Brescia | 01 - Asset Analysis | Correspondence with client re: information to draft Demands for Turnover of Property to former employees (0.2); Draft 3 Demands for Turnover (0.6); E-Mail Demand Letters to former employees (0.3). | 1.1 | $ 495.00 | $ 544.50 |
| 8/18/2025 | Dana Brescia | 01 - Asset Analysis | Correspondence with P. Pruzan and Sub V Trustee re: returning computer to Debtor. | 0.2 | $ 495.00 | $ 99.00 |
| 8/18/2025 | Dana Brescia | 01 - Asset Analysis | Correspondence with J. Alban re: turnover of property (0.3); Follow up correspondence to Federation Logistics re: turnover of property (0.2); Correspondence with client re: turnover of property and motion to compel (0.2). | 0.7 | $ 495.00 | $ 346.50 |
| 8/18/2025 | Julie Curley | 01 - Asset Analysis | Email D.Brescia re turnover motion | 0.2 | $ 525.00 | $ 105.00 |
| 8/19/2025 | Dana Brescia | 01 - Asset Analysis | Conference call with attorney for Federation Logistics are: potential warehouseman lien. | 0.2 | $ 495.00 | $ 99.00 |
| 8/25/2025 | Dana Brescia | 01 - Asset Analysis | Review and respond to email from Federation attorney re: warehouseman lien and adequate protection payments (0.2); Discuss with JCC (0.3); Conversation Federation attorney re: resolution of matter (0.1); Conversation client re: potential resolution of matter (0.5). | 1.1 | $ 495.00 | $ 544.50 |
| 8/25/2025 | Julie Curley | 01 - Asset Analysis | Review emails re Federation warehouse lien and caselaw [.2] Research re same [.5] Conference with D. Brescia re same, adequate protection payments, removal of product [.3] | 1 | $ 525.00 | $ 525.00 |
| 8/26/2025 | Dana Brescia | 01 - Asset Analysis | Review opposition filed by Federation to Turnover Motion (0.6); Research issue of NJ warehouseman lien (0.5); Correspondence Federation attorney re: settlement proposal (0.1). | 1.2 | $ 495.00 | $ 594.00 |
| 8/26/2025 | Julie Curley | 01 - Asset Analysis | Research 361 and adequate protection [.3] Email D. Brescia re same [.2] | 0.5 | $ 525.00 | $ 262.50 |
| 8/26/2025 | Khyati Tuli | 01 - Asset Analysis | Research on validity of warehouse receipt in NJ | 0.6 | $ 250.00 | $ 150.00 |
| 8/27/2025 | Dana Brescia | 01 - Asset Analysis | Correspondence with Federation counsel and client re: access to view/inventory. | 0.1 | $ 495.00 | $ 49.50 |
| 9/2/2025 | Dana Brescia | 01 - Asset Analysis | Correspondence client re: Decor Product (0.1); Draft Consent Order for Turnover with Decor IQ (1.8); Correspondence with JCC re: revisions to proposed Order (0.1); Revise proposed Order accordingly (0.2); Correspondence Decor attorney re: proposed order for review (0.1). | 2.3 | $ 495.00 | $ 1,138.50 |
| 9/2/2025 | Julie Curley | 01 - Asset Analysis | Review consent order with Decor on Turnover [.1] Emails with DB re same [.1] | 0.2 | $ 525.00 | $ 105.00 |

| Date | User | Category | Description | Quantity | Hourly Rate | Total |
|------|------|----------|-------------|----------|-------------|-------|
| 9/4/2025 | Dana Brescia | 01 - Asset Analysis | Review and respond to correspondence from Decor IQ counsel re: notice requirement (0.1); Revise document accordingly (0.1); Prepare and forward final version for execution (0.2); Obtain all signatures and prepare for submission to Court (0.2); Correspondence Chambers submitting proposed Consent Order for approval and entry (0.2). | 0.8 | $ 495.00 | $ 396.00 |
| 9/4/2025 | Dana Brescia | 01 - Asset Analysis | Correspondence E. Harris re: return of funds held in escrow on Debtor's behalf. | 0.2 | $ 495.00 | $ 99.00 |
| 9/4/2025 | Khyati Tuli | 01 - Asset Analysis | Research on (i) NJ Warehouseman lien (1.5) (ii) Treatment of Article 7 UCC in NY (1.0) | 2.5 | $ 250.00 | $ 625.00 |
| 9/5/2025 | Dana Brescia | 01 - Asset Analysis | Follow up correspondence to Federation attorney re: secured claim and cash collateral negotiations. | 0.1 | $ 495.00 | $ 49.50 |
| 9/5/2025 | Julie Curley | 01 - Asset Analysis | Review reply to Federation Opp to Turnover Request [.3] Email D. Brescia re same [.1] | 0.4 | $ 525.00 | $ 210.00 |
| 9/8/2025 | Dana Brescia | 01 - Asset Analysis | Draft affidavit of service of Response to Objection of Federation to Turnover Motion (0.2); Correspondence with client and P. Pruzan re: turnover of computer and acknowledgment letter (0.2); Draft Letter of acknowledgment (0.1). | 0.5 | $ 495.00 | $ 247.50 |
| 9/8/2025 | Khyati Tuli | 01 - Asset Analysis | E-filed reply in further support of turnover motion (0.10) service (0.10) e-filed certificate of service (0.10) | 0.3 | $ 250.00 | $ 75.00 |
| 9/9/2025 | Dana Brescia | 01 - Asset Analysis | Follow up correspondence with Chambers re: entry of Consent Order with Decor IQ re: Turnover of Property (0.1); Correspondence (2x) with Decor IQ attorney re: 9/10 hearing and request for additional information in support of explanations on location of product (0.2); Review Decor explanation of product location (0.2).Correspondence with client (2x) re: Decor explanations regarding location of product (0.2). | 0.7 | $ 495.00 | $ 346.50 |
| 9/10/2025 | Dana Brescia | 01 - Asset Analysis | Teams call with client and JCC re: Federation inventory and auction. | 0.9 | $ 495.00 | $ 445.50 |
| 9/10/2025 | Dana Brescia | 01 - Asset Analysis | Follow up correspondence with P. Pruzan and client re: retrieval of company laptop and power cord. | 0.2 | $ 495.00 | $ 99.00 |
| 9/10/2025 | Julie Curley | 01 - Asset Analysis | Teams call with client and DPB re: Federation inventory and auction. | 0.9 | $ 525.00 | $ 472.50 |
| 9/11/2025 | Dana Brescia | 01 - Asset Analysis | Follow up correspondence to Decor IQ attorney re: potential location of missing items. | 0.1 | $ 495.00 | $ 49.50 |
| 9/12/2025 | Dana Brescia | 01 - Asset Analysis | Correspondence with client re: new proposal to Federation re: retrieval of inventory (0.1); Correspondence with JCC re: proposal to Federation (0.1); Conversation with JCC re: terms of Federation proposal (0.1); Correspondence Federation attorney re: new proposal (0.1). | 0.4 | $ 495.00 | $ 198.00 |
| 9/12/2025 | Julie Curley | 01 - Asset Analysis | Emails with D.Brescia re proposed resolution with Federation | 0.1 | $ 525.00 | $ 52.50 |
| 9/15/2025 | Dana Brescia | 01 - Asset Analysis | Conversation and correspondence with Federation attorneys re: proposed settlement arrangement (0.2); Correspondence with client re: item list for inspection at Federation (0.2). | 0.4 | $ 495.00 | $ 198.00 |
| 9/18/2025 | Dana Brescia | 01 - Asset Analysis | Review and respond to correspondence from Decor attorney and compare responses to list (0.2); Correspondence client re: Decor responses and arranging pickup of product (0.1). | 0.3 | $ 495.00 | $ 148.50 |
| 9/23/2025 | Dana Brescia | 01 - Asset Analysis | Correspondence with client (0.3) and attorneys for Decor re: pick up of Decor product (0.3). | 0.6 | $ 495.00 | $ 297.00 |

| Date | User | Category | Description | Quantity | Hourly Rate | Total |
|------|------|----------|-------------|----------|-------------|-------|
| 9/24/2025 | Dana Brescia | 01 - Asset Analysis | Correspondence with Federation attorney re: retrieval of product (0.2); Correspondence with client re: retrieval of product (0.4); Correspondence with Decor attorney re: retrieval of product and conference all to discuss (0.1). | 0.7 | $ 495.00 | $ 346.50 |
| 9/24/2025 | Dana Brescia | 01 - Asset Analysis | Conference call with Decor IQ attorneys re: turnover of property. | 0.4 | $ 495.00 | $ 198.00 |
| 9/24/2025 | Dana Brescia | 01 - Asset Analysis | Follow up correspondence with client re: inspection of warehouses. | 0.2 | $ 495.00 | $ 99.00 |
| 9/25/2025 | Dana Brescia | 01 - Asset Analysis | Conference call with client to discuss retrieval of product held by Decor (0.4); Correspondence Decor attorney re: schedule for inspection of warehouse and retrieval of property (0.2). | 0.6 | $ 495.00 | $ 297.00 |
| 9/26/2025 | Dana Brescia | 01 - Asset Analysis | Correspondence with client re: retrieval of product from Decor (0.4); Correspondence with Decor attorney re: rescheduling (0.3). | 0.7 | $ 495.00 | $ 346.50 |
| 9/28/2025 | Dana Brescia | 01 - Asset Analysis | Correspondence with client and Decor IQ re: scheduling retrieval of product held at Decor. | 0.3 | $ 495.00 | $ 148.50 |
| 9/30/2025 | Dana Brescia | 01 - Asset Analysis | Correspondence and conversation with client re: Decor pickup. | 0.2 | $ 495.00 | $ 99.00 |
| 10/1/2025 | Dana Brescia | 01 - Asset Analysis | Review email from client re: missing Decor product (0.1); Conversation with JCC re: options for action against Decor (0.2). | 0.3 | $ 495.00 | $ 148.50 |
| 10/6/2025 | Dana Brescia | 01 - Asset Analysis | Review documentation provided by client and DecorIQ re: product held at Decor. | 0.8 | $ 495.00 | $ 396.00 |
| 10/7/2025 | Dana Brescia | 01 - Asset Analysis | Correspondence with client (0.1) and Federation attorney (0.1) re: scheduling inspection of inventory. | 0.2 | $ 495.00 | $ 99.00 |
| 10/9/2025 | Dana Brescia | 01 - Asset Analysis | Multiple emails with client re: Federation inspection and potential auction (0.4); Conversation with client re: items to be pulled (0.3); E-mail with attorney for Federation re: inspection (0.1). | 0.8 | $ 495.00 | $ 396.00 |
| 10/24/2025 | Dana Brescia | 01 - Asset Analysis | Correspondence with client re: inventory at Federation and Motion for Relief from Stay (0.3); Email correspondence to Federation counsel re: inventory and call to discuss (0.1); Call with client re: obtaining inventory. (0.5). | 0.9 | $ 495.00 | $ 445.50 |
| 10/28/2025 | Dana Brescia | 01 - Asset Analysis | Discussion with client re: settlement negotiations with Federation and potential auction of property (0.5); Conversation with Federation's attorney re: retrieval and payment of property (0.5); Follow up conversation with client to clarify list of property (0.3); Email correspondence with client and Federation attorney re: updated list of inventory and potential retrieval dates (0.4). | 1.7 | $ 495.00 | $ 841.50 |
| 10/29/2025 | Dana Brescia | 01 - Asset Analysis | Correspondence with Federation attorney (0.1) and client (0.1) re: possible retrieval dates; Settlement negotiations with Federation attorney (0.3); Correspondence and conversation with client re: negotiations with Federation's attorney (0.3); Correspondence Federation attorney requesting counteroffer and additional information (0.2). | 1 | $ 495.00 | $ 495.00 |
| 10/30/2025 | Dana Brescia | 01 - Asset Analysis | Correspondence with client and Federation counsel re: retrieval and payment of inventory. | 0.3 | $ 495.00 | $ 148.50 |
| 10/31/2025 | Dana Brescia | 01 - Asset Analysis | Correspondence with client re: retrieval of product at Federation (0.2); Conversation with client re: negotiations for retrieval of product at Federation (0.7); Correspondence Federations attorney re: settlement proposal (0.2). | 1.1 | $ 495.00 | $ 544.50 |
| 10/31/2025 | Dana Brescia | 01 - Asset Analysis | Additional conversation with client re: settlement negotiations (0.5); Call with Federation's counsel re: global settlement (0.4); Follow up conversation with client re: outcome of call with attorney (0.2). | 1.1 | $ 495.00 | $ 544.50 |

| Date | User | Category | Description | Quantity | Hourly Rate | Total |
|---|---|---|---|---|---|---|
| 11/7/2025 | Dana Brescia | 01 - Asset Analysis | Correspondence with Federation's counsel re: call to discuss settlement (0.1); Conversation with Federation's counsel re: settlement negotiations (0.2); Correspondence client re: status of negotiations (0.1); Conversation with potential auctioneer (0.3); Review and respond to correspondence from client re: same (0.3). | 1 | $ 495.00 | $ 495.00 |
| 11/10/2025 | Dana Brescia | 01 - Asset Analysis | Follow up correspondence with Federations counsel re: settlement proposal and need for court confernece. | 0.2 | $ 495.00 | $ 99.00 |
| 11/11/2025 | Dana Brescia | 01 - Asset Analysis | Correspondence with Jolene Wee re: call to discuss negotiations with Federation. | 0.1 | $ 495.00 | $ 49.50 |
| 11/11/2025 | Dana Brescia | 01 - Asset Analysis | Conversation with Sub V Trustee re: negotiations with Federation and court conference (0.3); Conversation with JCC re: status of negotiations with Federation (0.2). | 0.5 | $ 495.00 | $ 247.50 |
| 11/11/2025 | Dana Brescia | 01 - Asset Analysis | Draft Request for Status Conference on Turnover Motion with Federation. | 0.5 | $ 495.00 | $ 247.50 |
| 11/12/2025 | Dana Brescia | 01 - Asset Analysis | Review spreadsheet provided by client re: product needed for outstanding projects (0.1); Correspondence client re: missing information (0.1); Revise letter request for conference (0.2); Correspondence JCC re: timing of same (0.1); Additional revisions per JCC comments (0.1); Prepare for e-filing and e-file Conference Request (0.2); Correspondence Chambers submitting conference request for consideration (0.1). | 0.9 | $ 495.00 | $ 445.50 |
| 11/12/2025 | Dana Brescia | 01 - Asset Analysis | Review updated schedule of product needed and project costs; Calculate shipping expense (0.2); Correspondence with client re: missing costs (0.1); Draft revised proposal for Federation per previous hearing (0.2); Correspondence with JCC re: same (0.1). | 0.6 | $ 495.00 | $ 297.00 |
| 11/12/2025 | Julie Curley | 01 - Asset Analysis | Emails with D. Brescia re requested info for inventory held by Federation and request for conference [.2] Review letter to Judge requesting conference [.1] | 0.3 | $ 525.00 | $ 157.50 |
| 11/13/2025 | Dana Brescia | 01 - Asset Analysis | Correspondence and conversation with Federations counsel re: retrieval of product (0.2); Correspondence with client re: same (0.2). | 0.4 | $ 495.00 | $ 198.00 |
| 11/13/2025 | Dana Brescia | 01 - Asset Analysis | Conversation with client re: new proposal to Federation for return of product (1.0); Draft follow up proposal to Federation per discussion with client (0.4); Correspondence to client and JCC providing follow up proposal for review and comment (0.1). | 1.5 | $ 495.00 | $ 742.50 |
| 11/13/2025 | Dana Brescia | 01 - Asset Analysis | Follow up correspondence with client re: revisions to new proposal (0.1); Revise proposal and forward to counsel for Federation (0.2). | 0.3 | $ 495.00 | $ 148.50 |
| 11/17/2025 | Dana Brescia | 01 - Asset Analysis | Review and respond to correspondence from client re: status of negotiations with Federation and scheduled court hearing re: same. | 0.2 | $ 495.00 | $ 99.00 |
| 11/18/2025 | Dana Brescia | 01 - Asset Analysis | Follow up correspondence with Federation's attorney re: settlement proposal (0.1); Follow up call to client re: updated inventory list (0.1); Meeting with JCC to discuss status of case for 11/19 appearance (0.2); Conversation with Federation's counsel re: no agreement (0.1). | 0.5 | $ 495.00 | $ 247.50 |
| 11/19/2025 | Julie Curley | 01 - Asset Analysis | Prepare for hearing on Federation turnover [.4] Attend hearing on turnover of inventory [1.0] Email client re revised inventory list and proposal to Federation [.2] Review Federation Inventory report prepared by client and valuations [1.0] Numerous emails with client re same and offer to Federation [.4] | 3 | $ 525.00 | $ 1,575.00 |

| Date | User | Category | Description | Quantity | Hourly Rate | Total |
|---|---|---|---|---|---|---|
| 11/20/2025 | Julie Curley | 01 - Asset Analysis | Revise spreadsheet of inventory at Federation for analysis of value, units removed, summaries [4.3] Email same to client for review, comment, and approval [.5] | 4.8 | $ 525.00 | $ 2,520.00 |
| 11/21/2025 | Julie Curley | 01 - Asset Analysis | Numerous emails with client re resolution with Federation, proposal, itemization of product [.7] Email N. Benis and A. DArtiglio (Federation) re proposal on removal of inventory [.5] | 1.2 | $ 525.00 | $ 630.00 |
| 11/23/2025 | Julie Curley | 01 - Asset Analysis | Numerous emails with Federation, client and DB re terms of proposal to Federation for inventory | 0.3 | $ 525.00 | $ 157.50 |
| 11/24/2025 | Dana Brescia | 01 - Asset Analysis | Correspondence and conversation with Federation's counsel re: status of negotiations and adjournment of hearing (0.2); Review notes for status of negotiations and case (0.2); Conversation with JCC re: outcome of last hearing (0.1); Correspondence with client re: same (0.1), Attend hearing on Turnover Motion (0.5). | 1.1 | $ 495.00 | $ 544.50 |
| 11/24/2025 | Julie Curley | 01 - Asset Analysis | Numerous TC with D. Brescia re court hearing, client response to Federation (.5); Numerous TC with client re Federation counter to proposal (.4); Numerous emails with client and D Brescia re same (.5); Teams meeting with J. Wee, D. Brescia, and client re federation offer and negotiations (.4) | 1.8 | $ 525.00 | $ 945.00 |
| 11/25/2025 | Julie Curley | 01 - Asset Analysis | Emails with client re statute of limitations in TX for potential claim against Decor [.3]; Emails with client and Orange Bank re wire to KAC escrow for Federation settlement [.2] | 0.5 | $ 525.00 | $ 262.50 |
| | | | **Total** | **51.9** | | **$25,319.50** |
| | | | | | | |
| 8/21/2025 | Khyati Tuli | 02 - Asset Disposition/Sales | Prepared Exhibits to Turnover Motion (0.60) E-filed Motion (six exhibits) (0.20) E-filed Motion for shortened notice (0.20) | 1 | $ 250.00 | $ 250.00 |
| 8/21/2025 | Khyati Tuli | 02 - Asset Disposition/Sales | Prepared email service | 0.6 | $ 250.00 | $ 150.00 |
| 9/2/2025 | Julie Curley | 02 - Asset Disposition/Sales | Numerous emails with client re sale of Menorah inventory | 0.2 | $ 525.00 | $ 105.00 |
| 11/3/2025 | Dana Brescia | 02 - Asset Disposition/Sales | Conversation with client re: negotiations with Federation. | 0.6 | $ 495.00 | $ 297.00 |
| 11/4/2025 | Dana Brescia | 02 - Asset Disposition/Sales | Conversation with JCC re: status of negotiations with Federation (0.2); Correspondence client re: call to discuss new proposal on smaller lot (0.1) and terms of new proposal (0.2). | 0.5 | $ 495.00 | $ 247.50 |
| 11/5/2025 | Dana Brescia | 02 - Asset Disposition/Sales | Obtain updated list of product from client (0.1); Correspondence Federation attorney re: settlement proposal (0.2). | 0.3 | $ 495.00 | $ 148.50 |
| 11/5/2025 | Khyati Tuli | 02 - Asset Disposition/Sales | Assisted DB with preparation of list of inventory | 0.2 | $ 250.00 | $ 50.00 |
| 11/12/2025 | Khyati Tuli | 02 - Asset Disposition/Sales | Assisted DB with review of federation inventory | 0.2 | $ 250.00 | $ 50.00 |
| | | | **Total** | **3.6** | | **$ 1,298.00** |
| | | | | | | |
| 8/19/2025 | Dana Brescia | 03 - Business Operations | Begin drafting Motion for Turnover | 1.5 | $ 495.00 | $ 742.50 |
| 8/20/2025 | Dana Brescia | 03 - Business Operations | Continue drafting Motion for Turnover. | 1.4 | $ 495.00 | $ 693.00 |
| 8/21/2025 | Dana Brescia | 03 - Business Operations | Revise Turnover Motion and Proposed Order per JCC comments (0.9); Draft Application, 9077 Affidavit and Proposed Order Scheduling Expedited Hearing (1.7); Correspondence to Court submitting Motion and Application for Shortened Notice for consideration (0.2). | 2.8 | $ 495.00 | $ 1,386.00 |
| 8/21/2025 | Dana Brescia | 03 - Business Operations | Correspondence with client re: timing of Turnover Motion and updated CC Budget. | 0.1 | $ 495.00 | $ 49.50 |

**Kirby Aisner Curley LLP**
**Time Runs by Task Code**

| Date | User | Category | Description | Quantity | Hourly Rate | Total |
|------|------|----------|-------------|----------|-------------|-------|
| 8/22/2025 Dana Brescia | 03 - Business Operations | | Review OSH on Turnover Motion (0.1); Compile and provide appropriate addresses to BL for Overnight Service in compliance with Court Order (0.2); Correspondence notifying client of entry of OSH and need for updated CC Budget (0.1). | 0.4 | $ 495.00 | $ 198.00 |
| 8/26/2025 Dana Brescia | 03 - Business Operations | | Conversation with attorney for DecorIQ re: turnover of property (0.2); Correspondence with attorney re: confirmation of turnover of property (0.1). | 0.3 | $ 495.00 | $ 148.50 |
| 9/10/2025 Julie Curley | 03 - Business Operations | | Emails with client and Orange Bank re issues with DIP bank account | 0.2 | $ 525.00 | $ 105.00 |
| 10/20/2025 Julie Curley | 03 - Business Operations | | Numerous TC with client re inventory needed and removal from Federation and review of contracts [.6]; Numerous emails with client and Federation re removal of product [.3] | 0.9 | $ 525.00 | $ 472.50 |
| 10/20/2025 Julie Curley | 03 - Business Operations | | Numerous emails with client, D. Brescia, and A. Dartiglio re removal of items from Federation warehouse | 0.4 | $ 525.00 | $ 210.00 |
| 11/11/2025 Julie Curley | 03 - Business Operations | | Conference with D. Brescia re product at Federation, resolution, Judge's comments at last hearing, strategy [.3]; Email client requesting info for product to be removed, project, location, shipping cost [.2] | 0.5 | $ 525.00 | $ 262.50 |
| | | | **Total** | 8.5 | | **$ 4,267.50** |
| 7/30/2025 Dana Brescia | 04 - General Case Administration | | Correspondence with client re: notifying creditors of bankruptcy and automatic stay (0.2); Draft 362 Letters to Decor IQ, Envirolume and Light Up the Night (0.6). | 0.8 | $ 495.00 | $ 396.00 |
| 7/30/2025 Donna Fraioli | 04 - General Case Administration | | Create Service LIst and 20 Largest List;[1.2]. | 1.2 | $ 175.00 | $ 210.00 |
| 7/30/2025 Julie Curley | 04 - General Case Administration | | Emails with client and OBT re opening DIP bank account | 0.2 | $ 525.00 | $ 105.00 |
| 7/31/2025 Donna Fraioli | 04 - General Case Administration | | Prepare Service List for documents for COS.com | 0.5 | $ 175.00 | $ 87.50 |
| 8/1/2025 Dana Brescia | 04 - General Case Administration | | Review correspondence from client re: product held by various warehouses (0.1); Review and respond to client re: notifying creditor of bankruptcy proceeding (0.1); Discuss opening of DIP accounts with client (0.2) and provide necessary documentation to Orange Bank & Trust re opening DIP accounts (0.2). | 0.6 | $ 495.00 | $ 297.00 |
| 8/6/2025 Dana Brescia | 04 - General Case Administration | | Correspondence UST analyst, Sub V Trustee and client re: scheduling IDI date/time. | 0.2 | $ 495.00 | $ 99.00 |
| 8/6/2025 Dana Brescia | 04 - General Case Administration | | Correspondence with client and OBT re: status of opening DIP accounts (0.2); Correspondence client providing copies of IDI Letter and UST checklist (0.2). | 0.4 | $ 495.00 | $ 198.00 |
| 8/7/2025 Khyati Tuli | 04 - General Case Administration | | Prepared exhibit for turnover demand letter | 0.3 | $ 250.00 | $ 75.00 |
| 8/8/2025 Dana Brescia | 04 - General Case Administration | | Update creditor addresses to Undeliverable Address Notice (0.3); E-file Updated Addresses (0.1); Contact clerk's office re: same (0.1). | 0.5 | $ 495.00 | $ 247.50 |
| 8/11/2025 Dana Brescia | 04 - General Case Administration | | Review UST request for information for IDI and compile documents to be produced (0.6); Correspondence client itemizing list of outstanding documents and information to be produced (0.2). | 0.8 | $ 495.00 | $ 396.00 |
| 8/13/2025 Dana Brescia | 04 - General Case Administration | | Follow up correspondence with client re: producing documents for IDI and opening DIP accounts (0.2); Correspondence OBT re: status of DIP accounts (0.1). | 0.3 | $ 495.00 | $ 148.50 |
| 8/14/2025 Dana Brescia | 04 - General Case Administration | | Correspondence with client and UST re: rescheduling IDI (0.2); Follow up correspondence with OBT re: opening and closing of bank accounts (0.1). | 0.3 | $ 495.00 | $ 148.50 |

| Date | User | Category | Description | Quantity | Hourly Rate | Total |
|---|---|---|---|---|---|---|
| 8/15/2025 | Dana Brescia | 04 - General Case Administration | Follow up correspondence with UST analyst and client re: rescheduling IDI to 8/25. | 0.1 | $ 495.00 | $ 49.50 |
| 8/18/2025 | Dana Brescia | 04 - General Case Administration | Review second undeliverable address notice and call court to notify of filed updated addresses (0.2); Conversation BL re: serving additional creditors with Case Management Order and filing affidavit of service (0.1). | 0.3 | $ 495.00 | $ 148.50 |
| 8/20/2025 | Bryn Leonardo | 04 - General Case Administration | Effectuate service re: Case Management Order Regarding Procedures in Chapter 11 Subchapter V Case, Scheduling Case Conference, and Settling Deadlines for Filing Plan on additional creditors. | 0.5 | $ 175.00 | $ 87.50 |
| 8/21/2025 | Dana Brescia | 04 - General Case Administration | Correspondence with client re: Article posted in paper and updated CC budget. | 0.1 | $ 495.00 | $ 49.50 |
| 8/22/2025 | Bryn Leonardo | 04 - General Case Administration | Draft; Finalize and Efile COS re: service of Case Management Order on additional creditors. | 0.5 | $ 175.00 | $ 87.50 |
| 8/22/2025 | Bryn Leonardo | 04 - General Case Administration | Oversee overnight mailing regarding turnover motion and order scheduling emergency hearing. | 0.5 | $ 175.00 | $ 87.50 |
| 8/22/2025 | Bryn Leonardo | 04 - General Case Administration | Draft; Revise and Finalize COS re: Turnover motion. | 0.5 | $ 175.00 | $ 87.50 |
| 8/22/2025 | Bryn Leonardo | 04 - General Case Administration | Efile COS re: Turnover motion. | 0.2 | $ 175.00 | $ 35.00 |
| 8/22/2025 | Dana Brescia | 04 - General Case Administration | Conversation client re: status of all matters. | 0.9 | $ 495.00 | $ 445.50 |
| 8/25/2025 | Dana Brescia | 04 - General Case Administration | Correspondence with Pulman Law re: reason for inclusion on petition. | 0.1 | $ 495.00 | $ 49.50 |
| 8/25/2025 | Dana Brescia | 04 - General Case Administration | Review and respond to correspondence with client and bank re: debit card and travel expenses. | 0.3 | $ 495.00 | $ 148.50 |
| 8/25/2025 | Julie Curley | 04 - General Case Administration | TC with J. Parness re Federation, access to product, lien validity and amount, DIP bank account debit card and mobile deposit | 0.3 | $ 525.00 | $ 157.50 |
| 8/26/2025 | Julie Curley | 04 - General Case Administration | TC with D. Brescia and J. Parness re new contracts, attorney review, revised budget, amended returns, retaining professionals | 0.7 | $ 525.00 | $ 367.50 |
| 8/27/2025 | Dana Brescia | 04 - General Case Administration | Draft Status Letter to the Court (1.0); Revise Status Letter per JCC comments (0.1); Forward to client for review and authorization to file (0.1), E-file Status Letter with the Court and provide courtesy copies to UST and Sub V Trustee (0.1). | 1.3 | $ 495.00 | $ 643.50 |
| 9/2/2025 | Dana Brescia | 04 - General Case Administration | Review WP Civil Court - Small Claims Notice of Hearing and call court re: providing Notice of Bankruptcy (0.1); Draft 362 letter to Civil Court and Plaintiff, Paul Pruzan (0.3). | 0.4 | $ 495.00 | $ 198.00 |
| 9/2/2025 | Julie Curley | 04 - General Case Administration | Emails with client re bookkeeper services | 0.1 | $ 525.00 | $ 52.50 |
| 9/3/2025 | Bryn Leonardo | 04 - General Case Administration | Send letters with bankruptcy notice via USPS 2nd Day | 0.5 | $ 175.00 | $ 87.50 |
| 9/3/2025 | Dana Brescia | 04 - General Case Administration | Draft Notice of Adjournment of Turnover Motion to Sept. 10, 2025 (0.3); Prepare for e-filing and E-file document (0.1). | 0.4 | $ 495.00 | $ 198.00 |
| 9/4/2025 | Bryn Leonardo | 04 - General Case Administration | Update Service list for service of Interim CC Order | 0.5 | $ 175.00 | $ 87.50 |
| 9/4/2025 | Bryn Leonardo | 04 - General Case Administration | Upload documents and service list and Effectuate service of Interim CC Order on Certificateofservice.com | 0.6 | $ 175.00 | $ 105.00 |
| 9/4/2025 | Bryn Leonardo | 04 - General Case Administration | Efile COS re: Interim Order Authorizing Debtor's Use of Cash Collateral together with exhibit. | 0.2 | $ 175.00 | $ 35.00 |
| 9/5/2025 | Dana Brescia | 04 - General Case Administration | Review and respond to client and bank correspondence re: client access to ACH and wire transfers | 0.1 | $ 495.00 | $ 49.50 |
| 9/8/2025 | Dana Brescia | 04 - General Case Administration | Correspondence and conversation with client and Lisbet re: ACH access in DIP accounts. | 0.2 | $ 495.00 | $ 99.00 |

| Date | User | Category | Description | Quantity | Hourly Rate | Total |
|------|------|----------|-------------|----------|-------------|-------|
| 9/10/2025 | Dana Brescia | 04 - General Case Administration | Review correspondence b/w JCC, OB&T and Client re: access in DIP accounts. | 0.2 | $ 495.00 | $ 99.00 |
| 9/10/2025 | Julie Curley | 04 - General Case Administration | Prepare for [.5] and attend hearing [.6] on initial case conference and turnover motion; Court break conference re resolution of turnover motion [.3] Emails with client re scheduling conference call [.1] | 1.5 | $ 525.00 | $ 787.50 |
| 9/26/2025 | Dana Brescia | 04 - General Case Administration | Correspondence with client re: timing of payments in accordance with CC budget. | 0.1 | $ 495.00 | $ 49.50 |
| 10/7/2025 | Dana Brescia | 04 - General Case Administration | Review WP Small Claims docket for status of two stayed matters filed by P. Pruzan. | 0.2 | $ 495.00 | $ 99.00 |
| 10/8/2025 | Dana Brescia | 04 - General Case Administration | Conference call with JCC and client re: missing product at Decor, retrieval of product from Federation and proposed Plan. | 0.9 | $ 495.00 | $ 445.50 |
| 10/20/2025 | Donna Fraioli | 04 - General Case Administration | Effectuate Service; [1.0]. | 1 | $ 175.00 | $ 175.00 |
| 10/20/2025 | Donna Fraioli | 04 - General Case Administration | Draft; Finalize; Efile COS; [.5]. | 0.5 | $ 175.00 | $ 87.50 |
| 10/30/2025 | Dana Brescia | 04 - General Case Administration | Conversation with JCC re: status of case, outstanding motions and issues. | 0.2 | $ 495.00 | $ 99.00 |
| 11/3/2025 | Dana Brescia | 04 - General Case Administration | Review 2021, 2022 and 2024 tax returns (0.2); Correspondence client requesting 2023 return (0.1). | 0.3 | $ 495.00 | $ 148.50 |
| 11/7/2025 | Julie Curley | 04 - General Case Administration | Review draft of DB email to client | 0.1 | $ 525.00 | $ 52.50 |
| 11/14/2025 | Dana Brescia | 04 - General Case Administration | Follow up correspondence to Court re: Debtor's request for a status conference with Federation (0.1); Receive proposed Court date and confirm all parties availability for said date (0.1); Draft Notice of Status Conference (0.2); Prepare for e-filing and e-file Notice of Status Conference (0.2); Correspondence with Sub V Trustee re: hearing (0.1); Notify client of hearing date (0.1); Follow up correspondence to Federation's counsel re: most recent proposal (0.1). | 0.9 | $ 495.00 | $ 445.50 |
| 11/20/2025 | Dana Brescia | 04 - General Case Administration | Conversation with client re: outstanding issues. | 0.1 | $ 495.00 | $ 49.50 |
| 11/26/2025 | Dana Brescia | 04 - General Case Administration | Correspondence client outlining outstanding matters with request for documents/information. | 0.2 | $ 495.00 | $ 99.00 |
| | | | **Total** | **21.6** | | **$ 8,401.50** |
| 8/4/2025 | Dana Brescia | 05 - Claims Administration and Objection | Conversation P. Pruzan re: status of case and claim against Debtor. | 0.2 | $ 495.00 | $ 99.00 |
| 8/6/2025 | Khyati Tuli | 05 - Claims Administration and Objection | Drafted Bar Date Order (0.50) Bar Date Notice (0.50) Bar Date Motion (0.50) Bar Date NOP (0.50) | 2 | $ 250.00 | $ 500.00 |
| 8/7/2025 | Dana Brescia | 05 - Claims Administration and Objection | Review and Revise Motion for a Bar Date (0.7); Discuss timing of service with KT (0.2). | 0.9 | $ 495.00 | $ 445.50 |
| 8/7/2025 | Khyati Tuli | 05 - Claims Administration and Objection | Revisions to bar date motion (0.20) order (0.20) notice (0.20) NOP(0.20) e-filed all 4 documents (0.30) | 1.1 | $ 250.00 | $ 275.00 |
| 9/3/2025 | Julie Curley | 05 - Claims Administration and Objection | Emails with E. Harris and D. Brescia re retainer in escrow, release, claim | 0.2 | $ 525.00 | $ 105.00 |
| 9/3/2025 | Khyati Tuli | 05 - Claims Administration and Objection | Presentment of Order to chambers | 0.2 | $ 250.00 | $ 50.00 |
| 9/4/2025 | Dana Brescia | 05 - Claims Administration and Objection | Review case law (1.0); Draft Reply to HC Opposition (2.0); Correspondence JCC re: review and comment (0.1). | 3.1 | $ 495.00 | $ 1,534.50 |
| 9/10/2025 | Khyati Tuli | 05 - Claims Administration and Objection | Email to chambers with bar order reminder | 0.1 | $ 250.00 | $ 25.00 |
| 9/12/2025 | Bryn Leonardo | 05 - Claims Administration and Objection | Efile Certificate of Service re: Service of Bar Date Order together with Notice of Bar Date and Proof of Claim Form. | 0.2 | $ 175.00 | $ 35.00 |
| 9/12/2025 | Bryn Leonardo | 05 - Claims Administration and Objection | Upload Bar Date Order; Notice and Proof of Claim form and effectuate Service through CertificateofService.com. | 0.5 | $ 175.00 | $ 87.50 |

| Date | User | Category | Description | Quantity | Hourly Rate | Total |
|---|---|---|---|---|---|---|
| 9/12/2025 Dana Brescia | 05 - Claims Administration and Objection | | Prepare complete service list for service of Bar Date Notice and Order with KT. | 0.9 | $ 495.00 | $ 445.50 |
| 9/12/2025 Khyati Tuli | 05 - Claims Administration and Objection | | Prepared Full Service List | 0.7 | $ 250.00 | $ 175.00 |
| | | | **Total** | **10.1** | | **$ 3,777.00** |
| 8/4/2025 Dana Brescia | 07 - Fee/Employment Applications | | Preparation of KAC Retention Application for e-filing and service (0.7); E-file Application (0.2); Review service list with BL for cash collateral motion and KAC Retention Application (0.2). | 1.1 | $ 495.00 | $ 544.50 |
| 8/25/2025 Dana Brescia | 07 - Fee/Employment Applications | | Review docket for objections to Application to Employ KAC as attorneys to Debtor (0.1); Correspondence T. Tiantian re: no objection to Application to Employ KAC as attorneys to Debtor (0.1); Draft Supplemental Affidavit of JCC and revise proposed Order accordingly (0.3). | 0.5 | $ 495.00 | $ 247.50 |
| 8/26/2025 Dana Brescia | 07 - Fee/Employment Applications | | Correspondence UST providing supplemental declaration and revised proposed order for review and comment (0.1). | 0.1 | $ 495.00 | $ 49.50 |
| 8/28/2025 Dana Brescia | 07 - Fee/Employment Applications | | Further revise Supplemental Declaration per UST comments (0.2); Forward to JCC for review and comment (0.1). | 0.3 | $ 495.00 | $ 148.50 |
| 8/29/2025 Dana Brescia | 07 - Fee/Employment Applications | | Correspondence UST providing revised Supplemental Declaration to Retain KAC as attorneys for review/comment and obtaining authorization to conform no objection signature (0.2); Prepare Supplemental Declaration for e-filing and e-file document (0.2); Correspondence Chambers submitting KAC retention application for consideration and entry (0.2). | 0.6 | $ 495.00 | $ 297.00 |
| 8/29/2025 Dana Brescia | 07 - Fee/Employment Applications | | Conference call with JCC and Catherine Campbell re: potential retention of DDW to review Debtor contracts. | 0.2 | $ 495.00 | $ 99.00 |
| 9/12/2025 Dana Brescia | 07 - Fee/Employment Applications | | Follow up correspondence with Chambers re: entry of Order approving KAC as Debtors attorney. | 0.1 | $ 495.00 | $ 49.50 |
| | | | **Total** | **2.9** | | **$ 1,435.50** |
| 11/6/2025 Dana Brescia | 10 - Litigation | | Review and respond to correspondence from Federation's attorney re: settlement between the parties. | 0.1 | $ 495.00 | $ 49.50 |
| 11/24/2025 Dana Brescia | 10 - Litigation | | Conversations with Nicole Benis (0.1); client (0.2) and Jolene Wee (0.2) re: settlement of Federation lien and scheduling conference call; Conference call with JCC and client re settlement (0.2); Conference call with Jolene Wee and Nicole Benis (0.2). | 0.9 | $ 495.00 | $ 445.50 |
| 11/24/2025 Dana Brescia | 10 - Litigation | | Draft Declaration of Judah Parness in Support of Valuation in anticipation of court hearing. | 0.9 | $ 495.00 | $ 445.50 |
| 11/24/2025 Dana Brescia | 10 - Litigation | | Correspondence with Nicole Benis (0.2), client (0.2) and Trustee (0.2) re: settlement of Federation claim and stipulation. | 0.6 | $ 495.00 | $ 297.00 |
| 11/24/2025 Dana Brescia | 10 - Litigation | | Conversation with J. Wee re: status of negotiations and call with client (0.2); Conference call with client, JCC and JW re: settlement with Federation (0.5). | 0.7 | $ 495.00 | $ 346.50 |

| Date | User | Category | Description | Quantity | Hourly Rate | Total |
|------|------|----------|-------------|----------|-------------|-------|
| 11/25/2025 | Dana Brescia | 10 - Litigation | Obtain and discuss list of items to be retrieved with client (0.2); Correspondence with N. Benis re: items to be removed on 11/26, costs associated therewith and timing of pickup (0.5); Correspondence with client re: same (0.5); Review correspondence re: wire of settlement funds and confirm receipt to Benis (0.2); Correspondence re: settlement with J. Wee (0.1); Draft Stipulation of Settlement with Federation (2.4); Revise Stipulation per JCC comments (0.3); Correspondence N. Benis and client with copy of proposed Stipulation for review and comment (0.2). | 4.4 | $ 495.00 | $ 2,178.00 |
| 11/26/2025 | Dana Brescia | 10 - Litigation | Correspondence and telephone call with N. Benis re: number of pallets, shipping address and confirmation of receipt of second wire (0.3); Correspondence with client re: same (0.2). | 0.5 | $ 495.00 | $ 247.50 |
| | | | **Total** | **8.1** | | **$ 4,009.50** |
| 8/19/2025 | Khyati Tuli | 11 - Meeting of Creditors/Initial Debtor Interview | Prepared IDI docs and checklists | 1.5 | $ 250.00 | $ 375.00 |
| 8/20/2025 | Khyati Tuli | 11 - Meeting of Creditors/Initial Debtor Interview | Email to Trustee with IDI doc requests | 0.2 | $ 250.00 | $ 50.00 |
| 8/22/2025 | Khyati Tuli | 11 - Meeting of Creditors/Initial Debtor Interview | Minor revision to IDI checklist (0.20) Email via AdobeSIgn (0.10) | 0.3 | $ 250.00 | $ 75.00 |
| 8/25/2025 | Dana Brescia | 11 - Meeting of Creditors/Initial Debtor Interview | Attend IDI with Debtor (0.7), Follow up correspondence with Debtor re: additional requested information (0.1); Obtain, review and forward PPP loan documents and forgiveness letters to UST (0.2). | 1 | $ 495.00 | $ 495.00 |
| 8/25/2025 | Khyati Tuli | 11 - Meeting of Creditors/Initial Debtor Interview | Attended IDI with DB and Client (0.50) Email to trustee with signed checklist (0.10) | 0.6 | $ 250.00 | $ 150.00 |
| 8/27/2025 | Dana Brescia | 11 - Meeting of Creditors/Initial Debtor Interview | Attend 341 Meeting of Creditors with client. | 0.6 | $ 495.00 | $ 297.00 |
| 8/27/2025 | Khyati Tuli | 11 - Meeting of Creditors/Initial Debtor Interview | Attended 341 Meeting(0.50) | 0.5 | $ 250.00 | $ 125.00 |
| 10/6/2025 | Khyati Tuli | 11 - Meeting of Creditors/Initial Debtor Interview | Download all docs provided by client (0.20) Redacted payroll taxes, tax returns (for 2 years)(0.50) Drafted email to UST with explanation (0.30) Multiple emails to and from client re pending docs (0.20) | 1.2 | $ 250.00 | $ 300.00 |
| | | | **Total** | **5.9** | | **$ 1,867.00** |
| 10/6/2025 | Dana Brescia | 12 - Plan and Disclosure Statement | Review and respond to correspondence with client re: outstanding issues and proposed plan timing. | 0.2 | $ 495.00 | $ 99.00 |
| 10/8/2025 | Julie Curley | 12 - Plan and Disclosure Statement | Draft form Subchapter V Plan | 1.5 | $ 525.00 | $ 787.50 |
| 10/10/2025 | Dana Brescia | 12 - Plan and Disclosure Statement | Correspondence client providing forms to provide financial information for preparation of plan. | 0.2 | $ 495.00 | $ 99.00 |
| 10/14/2025 | Dana Brescia | 12 - Plan and Disclosure Statement | Begin draft of Plan of Reorganization | 0.7 | $ 495.00 | $ 346.50 |
| 10/15/2025 | Dana Brescia | 12 - Plan and Disclosure Statement | Follow up correspondence to client re: budget and projections to prepare Plan. | 0.1 | $ 495.00 | $ 49.50 |
| 10/23/2025 | Dana Brescia | 12 - Plan and Disclosure Statement | Obtain copies of all proofs of claims with attachments (0.4); Analyze and prepare spreadsheet of claims (1.0); Draft SubV Plan (1.2). | 2.6 | $ 495.00 | $ 1,287.00 |
| 10/24/2025 | Dana Brescia | 12 - Plan and Disclosure Statement | Draft Plan of Reorganization. | 2.5 | $ 495.00 | $ 1,237.50 |
| 10/24/2025 | Julie Curley | 12 - Plan and Disclosure Statement | Email client requesting 2024 bank statements to prepare historicals for plan projection [.1] Emails with D. Brescia re same [.1] Revise draft SubV Plan [.8] Email D. Brescia re changes to Plan [.1] | 1.1 | $ 525.00 | $ 577.50 |
| 10/24/2025 | Khyati Tuli | 12 - Plan and Disclosure Statement | Formatted Balance Sheet for Plan | 0.2 | $ 250.00 | $ 50.00 |
| 10/27/2025 | Khyati Tuli | 12 - Plan and Disclosure Statement | Prepared Income and Disbursement analysis for Plan | 1.5 | $ 250.00 | $ 375.00 |
| 10/27/2025 | Khyati Tuli | 12 - Plan and Disclosure Statement | Formating Revisions to Subchapter V Plan (0.30) Prepared Exhibit A for filing (0.20) E-filed (0.10) | 0.6 | $ 250.00 | $ 150.00 |
| | | | **Total** | **11.2** | | **$ 5,058.50** |

**Kirby Aisner Curley LLP**
**Time Runs by Task Code**

| Date | User | Category | Description | Quantity | Hourly Rate | Total |
|---|---|---|---|---|---|---|
| 8/20/2025 | Julie Curley | 13 - Relief from Stay Proceedings | Review draft of motion to enforce automatic stay and allow access and turnover of product in warehouses [1.0] Research re same [1.0] | 2 | $ 525.00 | $ 1,050.00 |
| | | | **Total** | **2** | | **$ 1,050.00** |
| 7/29/2025 | Dana Brescia | 14 - Schedules/SOFA | Insert additional creditor addresses into petition (0.3); Discuss filing, treatment of unsecured creditors, and obtain authorization to file from client (0.2); Prepare petition, schedules and 1007 for filing (0.3); E-file 1007 Affidavit (0.1); Notify client of filing and obtain contact information for 362 letter to Federation Logistics (0.2); Draft and email 362 letter with Notice of Bankruptcy Filing to Federation Logistics re: auction (0.4). | 1.5 | $ 495.00 | $ 742.50 |
| | | | **Total** | **1.5** | | **$ 742.50** |
| 9/9/2025 | Khyati Tuli | 15 - Operating Statements | Research on NACIS Code with DB | 0.3 | $ 250.00 | $ 75.00 |
| 9/12/2025 | Julie Curley | 15 - Operating Statements | Emails with F. Caruso re preparation of MOR [.1] Emails with J. Parness re same [.1] | 0.2 | $ 525.00 | $ 105.00 |
| 9/15/2025 | Julie Curley | 15 - Operating Statements | Review schedules to draft balance sheet for MOR forms [.4] Emails with client, F. Caruso, and D. Brescia teams meeting to review and discuss [.1] | 0.5 | $ 525.00 | $ 262.50 |
| 9/16/2025 | Dana Brescia | 15 - Operating Statements | Locate relevant bank statements for preparation of initial monthly operating report (0.1); correspondence providing statements and explanation to bookkeeper (0.1). | 0.2 | $ 495.00 | $ 99.00 |
| 9/16/2025 | Dana Brescia | 15 - Operating Statements | Teams meeting with JCC, bookkeeper and client re: preparation of operating statements and retrieval of various inventory. | 0.4 | $ 495.00 | $ 198.00 |
| 9/16/2025 | Julie Curley | 15 - Operating Statements | Teams meeting with DB, bookkeeper and client re: preparation of operating statements and retrieval of various inventory. | 0.4 | $ 525.00 | $ 210.00 |
| 9/19/2025 | Dana Brescia | 15 - Operating Statements | Review and complete initial MOR and supporting documentation for accuracy (1.2); Correspondence client re: missing information (0.1). | 1.3 | $ 495.00 | $ 643.50 |
| 10/3/2025 | Dana Brescia | 15 - Operating Statements | Review MOR and attachments provided by client (0.1); Correspondence with client re: clarification and revisions to be made (0.3). | 0.4 | $ 495.00 | $ 198.00 |
| 10/3/2025 | Khyati Tuli | 15 - Operating Statements | Prepared and Redacted bank statement for MOR | 0.2 | $ 250.00 | $ 50.00 |
| 10/6/2025 | Dana Brescia | 15 - Operating Statements | Review Debtor changes to August MOR (0.2); Conversation with KT re: preparation of August MOR and documents to be included (0.1); Review final August MOR for filing (0.1); Correspondence client re: execution of August MOR and other outstanding items (0.2). | 0.6 | $ 495.00 | $ 297.00 |
| 10/8/2025 | Khyati Tuli | 15 - Operating Statements | E-filed MOR for August | 0.1 | $ 250.00 | $ 25.00 |
| 10/31/2025 | Khyati Tuli | 15 - Operating Statements | Prepared Exhibits for Sept MOR (0.30) Redacted Bank St. (0.10) Compiled all documents (0.10) Forward the same to the client for signature (0.10) | 0.6 | $ 250.00 | $ 150.00 |
| 11/3/2025 | Khyati Tuli | 15 - Operating Statements | E-filed Sept MOR | 0.1 | $ 250.00 | $ 25.00 |
| | | | **Total** | **5.3** | | **$ 2,338.00** |

**Kirby Aisner Curley LLP**
**Time Runs by Task Code**

| Date | User | Category | Description | Quantity | Hourly Rate | Total |
|---|---|---|---|---|---|---|
| 8/1/2025 | Dana Brescia | 16 - Cash Collateral | Obtain hearing date from Chambers re: CC Motion (0.1); Draft Notice of hearing on CC Motion (0.2); Revise and finalize documents for e-filing and service (0.5); E-file CC Motion and Notice of Hearing (0.3); Correspondence with UST and Subchapter V Trustee re: cash collateral motion (0.2). | 1.3 | $ 495.00 | $ 643.50 |
| 8/4/2025 | Dana Brescia | 16 - Cash Collateral | Correspondence with client re: expenses and cash collateral motion (0.2); Notify client of 341 meeting (0.1). | 0.3 | $ 495.00 | $ 148.50 |
| 8/26/2025 | Dana Brescia | 16 - Cash Collateral | Conversation with client re: updated budget, contested turnover motion and retention of professionals. | 0.4 | $ 495.00 | $ 198.00 |
| 8/26/2025 | Dana Brescia | 16 - Cash Collateral | Conference call with JCC and client re: Budget, Contested Turnover Motion and retention of professionals. | 0.6 | $ 495.00 | $ 297.00 |
| 8/26/2025 | Khyati Tuli | 16 - Cash Collateral | Assisted DB with CC budget document | 0.2 | $ 250.00 | $ 50.00 |
| 8/27/2025 | Dana Brescia | 16 - Cash Collateral | Review Motion for Turnover and Motion for CC in preparation of Court Hearing (0.5); Review and discuss updated budget with client (0.2); Provide copy of updated budget to UST and Sub V Trustee prior to hearing (0.1); Attend Court hearing on Turnover and CC Motions (0.5); Discuss outcome of hearings and next steps with client (0.2). | 1.5 | $ 495.00 | $ 742.50 |
| 8/27/2025 | Dana Brescia | 16 - Cash Collateral | Revise proposed Interim CC Order (0.4); Correspondence with and call to Chambers re: Court's availability for Final Hearing (0.2); Correspondence UST and Sub V Trustee re: revisions and hearing dates (0.3); Finalize proposed Interim CC Order and submit to Chambers for consideration and entry (0.2). | 1.1 | $ 495.00 | $ 544.50 |
| 8/27/2025 | Khyati Tuli | 16 - Cash Collateral | Assisted DB in preparing CC budget | 0.3 | $ 250.00 | $ 75.00 |
| 8/27/2025 | Khyati Tuli | 16 - Cash Collateral | Attended Cash Collateral and Motion for turnover hearing with DB (0.50) | 0.5 | $ 250.00 | $ 125.00 |
| 8/29/2025 | Dana Brescia | 16 - Cash Collateral | Follow up with Chambers re: entry of Cash Collateral Order. | 0.1 | $ 495.00 | $ 49.50 |
| 9/2/2025 | Dana Brescia | 16 - Cash Collateral | Follow up with Chambers re: entry of cash collateral order. | 0.1 | $ 495.00 | $ 49.50 |
| 9/3/2025 | Dana Brescia | 16 - Cash Collateral | Obtain court approved Interim Cash Collateral Order and review for any changes to relevant provisions (0.2); Correspondence client advising of entry of CC Order and upcoming hearing dates re: same (0.2). | 0.4 | $ 495.00 | $ 198.00 |
| 9/4/2025 | Dana Brescia | 16 - Cash Collateral | Review service requirement contained in approved CC Order, Correspondence with BL re: service and filing affidavit of service. | 0.1 | $ 495.00 | $ 49.50 |
| 10/1/2025 | Dana Brescia | 16 - Cash Collateral | Correspondence with client re: MOR and updated CC Budget. | 0.1 | $ 495.00 | $ 49.50 |
| 10/1/2025 | Dana Brescia | 16 - Cash Collateral | Draft Second Interim Cash Collateral Order. | 0.7 | $ 495.00 | $ 346.50 |
| 10/2/2025 | Dana Brescia | 16 - Cash Collateral | Follow up correspondence to client re August 2025 MOR and updated CC Budget. | 0.1 | $ 495.00 | $ 49.50 |
| 10/3/2025 | Dana Brescia | 16 - Cash Collateral | Follow up correspondence with client re: MOR and updated CC Budget (0.1); Correspondence to UST and Sub V Trustee providing redlined second interim CC Order for review and comment (0.1). | 0.2 | $ 495.00 | $ 99.00 |
| 10/6/2025 | Dana Brescia | 16 - Cash Collateral | Correspondence with Chambers re: adjourned hearing time (0.1); Review Notice of adjournment of hearing time (0.1); Follow up correspondence with client re: proposed second interim cc budget (0.1). | 0.3 | $ 495.00 | $ 148.50 |

| Date | User | Category | Description | Quantity | Hourly Rate | Total |
|------|------|----------|-------------|----------|-------------|-------|
| 10/6/2025 | Dana Brescia | 16 - Cash Collateral | Obtain and review proposed second interim CC Budget (0.2); Conversation with KT re: preparation of Budget for filing (0.1); Correspondence with UST and SubVTrustee providing copy of second interim CC Budget(0.1). | 0.4 | $ 495.00 | $ 198.00 |
| 10/6/2025 | Khyati Tuli | 16 - Cash Collateral | Draft Notice of time change for CC hearing (0.2); E-file Notice of Time Change (0.1). | 0.3 | $ 250.00 | $ 75.00 |
| 10/6/2025 | Khyati Tuli | 16 - Cash Collateral | Prepared Budget for Second Interim CC order | 0.2 | $ 250.00 | $ 50.00 |
| 10/7/2025 | Dana Brescia | 16 - Cash Collateral | Prepare clean and redlined drafts of proposed second interim cash collateral order and budget for e-filing (0.2); E-file documents (0.1). | 0.3 | $ 495.00 | $ 148.50 |
| 10/7/2025 | Dana Brescia | 16 - Cash Collateral | Review case docket and proposed CC Order in preparation of 10/7 hearing (0.3); Attend Court hearing on second interim cash collateral order (0.3). | 0.6 | $ 495.00 | $ 297.00 |
| 10/8/2025 | Dana Brescia | 16 - Cash Collateral | Revise proposed Second Interim CC Order to include hearing and objections dates (0.1); Correspondence Chambers submitting proposed Second Interim CC Order for approval (0.2). | 0.3 | $ 495.00 | $ 148.50 |
| 10/14/2025 | Dana Brescia | 16 - Cash Collateral | Follow up correspondence to Chambers re: consideration and entry of Second Interim Cash Collateral Order and Budget. | 0.1 | $ 495.00 | $ 49.50 |
| | | | **Total** | **10.5** | | **$ 4,830.00** |
| 11/11/2025 | Dana Brescia | 17 - Lease Issues | Correspondence with client re: Federation product, new lease for office space and confirmation of filing of tax returns. | 0.2 | $ 495.00 | $ 99.00 |
| 11/13/2025 | Dana Brescia | 17 - Lease Issues | Review terms of old lease vs. new lease. | 0.5 | $ 495.00 | $ 247.50 |
| 11/14/2025 | Dana Brescia | 17 - Lease Issues | Draft Motion and proposed order to approve new office lease. | 1.5 | $ 495.00 | $ 742.50 |
| 11/21/2025 | Dana Brescia | 17 - Lease Issues | Review client correspondence re: advantages of new lease (0.1); Revise Motion to Approve Lease to include advantages (0.7); Correspondence client providing Motion to Approve Lease for review and comment (0.1). | 0.9 | $ 495.00 | $ 445.50 |
| | | | **Total** | **3.1** | | **$ 1,534.50** |
| | | | **Grand Total** | **146.2** | | **$65,929.00** |

## Kirby Aisner Curley LLP
## Expenses

| Date | Type | Description | Quantity | Price | Total |
|---|---|---|---|---|---|
| 8/4/2025 | Expense entry | CertificateOfService.com Printing: $180.50 Postage: $61.00 | 1 | $ 241.50 | $ 241.50 |
| 9/12/2025 | Expense entry | CertificateOfService.com Printing: $266 Postage: $103 | 1 | $ 369.00 | $ 369.00 |
| 8/4/2025 | Expense entry | CertificateOfService.com Printing: $310.08 Postage: $105.06 | 1 | $ 415.14 | $ 415.14 |
| 9/4/2025 | Expense entry | CertificateOfService.com Printing: $72.96 Postage: $32.96 | 1 | $ 105.92 | $ 105.92 |
| 8/7/2025 | Expense entry | CertificateOfService.com Printing: $90.25 Postage: $25.75 | 1 | $ 116.00 | $ 116.00 |
| | | **Total** | **5** | | **$1,247.56** |
| 7/29/2025 | Expense entry | Filing Fees | 1 | $1,738.00 | $1,738.00 |
| | | **Total** | **1** | | **$1,738.00** |
| 7/29/2025 | Expense entry | On-line Access of Court Records | 31 | $ 0.10 | $ 3.10 |
| 7/30/2025 | Expense entry | On-line Access of Court Records | 7 | $ 0.10 | $ 0.70 |
| 8/4/2025 | Expense entry | On-line Access of Court Records | 90 | $ 0.10 | $ 9.00 |
| 8/7/2025 | Expense entry | On-line Access of Court Records | 4 | $ 0.10 | $ 0.40 |
| 8/8/2025 | Expense entry | On-line Access of Court Records | 7 | $ 0.10 | $ 0.70 |
| 8/25/2025 | Expense entry | On-line Access of Court Records | 167 | $ 0.10 | $ 16.70 |
| 8/25/2025 | Expense entry | On-line Access of Court Records | 68 | $ 0.10 | $ 6.80 |
| 9/4/2025 | Expense entry | On-line Access of Court Records | 45 | $ 0.10 | $ 4.50 |
| 9/8/2025 | Expense entry | On-line Access of Court Records | 28 | $ 0.10 | $ 2.80 |
| 9/10/2025 | Expense entry | On-line Access of Court Records | 5 | $ 0.10 | $ 0.50 |
| 10/22/2025 | Expense entry | On-line Access of Court Records | 7 | $ 0.10 | $ 0.70 |
| | | **Total** | **459** | | **$ 45.90** |
| 7/31/2025 | Expense entry | Photocopies | 339 | $ 0.10 | $ 33.90 |
| 8/31/2025 | Expense entry | Photocopies | 548 | $ 0.10 | $ 54.80 |
| 9/30/2025 | Expense entry | Photocopies | 76 | $ 0.10 | $ 7.60 |
| 10/31/2025 | Expense entry | Photocopies | 481 | $ 0.10 | $ 48.10 |
| 11/30/2025 | Expense entry | Photocopies | 12 | $ 0.10 | $ 1.20 |
| | | **Total** | **1456** | | **$ 145.60** |
| 8/15/2025 | Expense entry | Postage | 3 | $ 0.74 | $ 2.22 |
| 8/20/2025 | Expense entry | Postage | 3 | $ 0.74 | $ 2.22 |
| 10/20/2025 | Expense entry | Postage | 29 | $ 1.03 | $ 29.87 |
| | | **Total** | **35** | | **$ 34.31** |
| 8/7/2025 | Expense entry | UPS | 1 | $ 34.09 | $ 34.09 |
| 8/7/2025 | Expense entry | UPS | 1 | $ 47.36 | $ 47.36 |
| 8/22/2025 | Expense entry | UPS | 2 | $ 25.19 | $ 50.38 |
| 8/22/2025 | Expense entry | UPS | 2 | $ 28.66 | $ 57.32 |
| 8/22/2025 | Expense entry | UPS | 1 | $ 62.92 | $ 62.92 |
| | | **Total** | **7** | | **$ 252.07** |
| | | **Total** | | | **$3,463.44** |